# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

IN RE MELANATED MONARCHS V, ET AL
**Plaintiff**

**V.**

IN REM UNITED STATES OF AMERICA OR UNITED S, ET AL
**Defendant**

**CASE NO.** CV26149784

**JUDGE** JOAN SYNENBERG

**SUMMONS** SUMC CM

**Notice ID:** 62573615

From: IN RE MELANATED MONARCHS P1
1215 W 3RD ST,
G823+G2 CLEVELAND, OHIO
CLEVELAND OH 44113

Atty.: IN RE MELANATED MONARCHS
1215 W 3RD ST,
G823+G2 CLEVELAND, OHIO
CLEVELAND, OH 44113

To: IN REM CARL B. STOKES U.S. COURTHOUSE D10
SGE
801 WEST SUPERIOR AVENUE, CLEVELAND
F8W2+HX CLEVELAND, OHIO
CLEVELAND OH 44113-0000

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 11/04/2026

**By**______________________________
**Deputy**

CMSN130

**GOVERNMENT EXHIBIT**
**A**

# Cuyahoga County Clerk of Courts
# Nailah K. Byrd

**Multilingual Notice:**

You have been named as a defendant in this Court. You must file an answer within 28 days; if you fail to answer, the Court may enter judgment against you for the relief stated in the Complaint. Seek assistance from both an interpreter and an attorney. Your inability to understand, write, or speak English will not be a defense to possible judgment against you.

1. **Spanish (US)**
   ***Aviso multilingüe:

   Este Tribunal lo ha declarado como acusado. Debe presentar una respuesta en un plazo de 28 días. Si no contesta en dicho plazo, el Tribunal podrá dictar sentencia en su contra por el amparo que se detalla en la demanda. Solicite la ayuda de un intérprete y de un abogado. Su incapacidad para comprender, escribir o hablar inglés no se considerará como defensa ante una posible sentencia en su contra.

2. **Somali**
   ***Ogeysiis luqadda badan ah:

   Waxaa laguu magacaabay sida eedeysane gudaha Maxkamadan. Waa in aad ku soo gudbisaa jawaab 28 maalmood gudahood; haddii aad ku guuldareysto jawaabta, Maxkamada laga yaabo in ay gasho xukun adiga kaa soo horjeedo ee ka nasashada lagu sheegay Cabashada. Raadi caawinta ka timid labadaba turjubaanka iyo qareenka. Karti la'aantaada aad ku fahmo, ku qoro, ama ku hadasho Af Ingiriisiga ma noqon doonto difaacida xukunkaaga suuralka ah ee adiga kugu lidka ah.

3. **Russian**
   ***Уведомление на разных языках:

   Вы были названы в качестве ответчика в данном суде. Вы должны предоставить ответ в течение 28 дней; если Ваш ответ не будет получен, суд может вынести решение против Вас и удовлетворить содержащиеся в жалобе требования. Воспользуйтесь услугами переводчика и адвоката. Тот факт, что Вы не понимаете английскую речь и не можете читать и писать по-английски, не является препятствием для возможного вынесения судебного решения против Вас.

4. **Arabic**
   ***ملاحظة متعددة اللغات:

   لقد تم اعتبارك مدعى عليه في هذه المحكمة. يجب أن تقدم ردا خلال 28 يوما؛ وإذا لم تقم بالرد، فقد تصدر المحكمة حكما ضدك بالتعويض المنصوص عليه في هذه الشكوى القضائية. اطلب المساعدة من مترجم فوري ومحام. فلن تعد عدم قدرتك على فهم اللغة الإنجليزية أو كتابتها أو تحدثها دفاعا لك أمام الحكم المحتمل ضدك.

5. **Chinese (Simplified)**
   ***多語版本通知：

   您在本法庭已被列为被告。您必须于 28
   日内递交答辩状；如果没有递交答辩状，法庭会针对诉状中声明的补救措施对您作出不利判决。请向口译人员和律 师寻求帮助。您无法理解、书写或说英语的情况不能作为对您可能作出不利判决的辩护理由。

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
**1200 Ontario Street**
**Cleveland, Ohio 44113**

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT W PRELIMINARY JUDICIAL REPORT**
**November 2, 2026 16:27**

Confirmation Nbr. 4029829

| | |
|---|---|
| IN RE MELANATED MONARCHS V, ET AL | CV 26 149784 |
| vs. | |
| IN REM UNITED STATES OF AMERICA OR UNITED S, ET AL | **Judge:** JOAN SYNENBERG |

**Pages Filed:** 182

IN THE COURT OF COMMON PLEAS GENERAL DIVISION
CUYAHOGA COUNTY, OHIO

In Re Melanated Monarchs V Case No.

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G823+G2 Cleveland, Ohio

(202) 930-0106

ET AL Sworn to and subscribed before me this 30th day of October, 2026.

In Re D. P. V NOTARY PUBLIC: Elena Reho.

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

NOTARIAL SEAL STATE OF OHIO
ELENA REHO
Notary Public, State of Ohio
My Commission Expires:
OCTOBER 15, 2029

G823+G2 Cleveland, Ohio

(202) 930-0106

(NDL# 4621)

ET AL

In Re Chanee Rone V

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G823+G2 Cleveland, Ohio

Chanecrone@gmail.com

(DL#9286)

Plaintiff/Petitioner/Relator/Intervenor

Separated Affiliate

Dwayne Pryor V
Dwayne Pryor V
Melanated Monarchs V
Chanee Rone V

V.

In Rem CHN Housing Partners

*(3711 Chester Avenue, Suite 100 Cleveland, OH 44114)*

G84Q+3G Cleveland, Ohio

(216) 574-7100. Fax: 216-574-7130

ET AL

The UPS Store

*(7 St Clair Ave NE, Cleveland, OH 44114)*

G824+M3 Cleveland, Ohio

+12163039360

ET AL

In Rem Netflix, Inc.

*(100 Winchester Cir, Los Gatos, CA 95032 Or 121 Albright Way Los Gatos, CA 95032, USA)*

ET AL

In Rem Crunchyroll, LLC

*(5750 Wilshire Blvd #110, Los Angeles, CA 90036)*

3J6W+F3 Los Angeles, California

ET AL

In Rem Adobe

*(345 Park Ave, San Jose, CA 95110)*

ET AL

In Rem Cuyahoga Metropolitan Housing Authority

*(8120 Kinsman Rd, Cleveland, OH 44104)*

F9G9+5P Cleveland, Ohio

+12163485000

ET AL

In Rem State Of Ohio

*(180 Civic Center Dr, Columbus, OH 43215 USA Or XX5W+5Q Columbus, Ohio;

+12164437800 Or (877) 767-6446 Or +18777676446

ET AL

In Rem Attorney General Of The United States, 950 Pennsylvania Ave NW, Washington, DC 20530 Or VXVF+7X Washington, District of Columbia)*; U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 Or VXVG+G2 Washington, District of Columbia)*; Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, OH 44113 Or F8W2+HX Cleveland, Ohio)*; United States District Court, 801 W Superior Ave, Cleveland, OH 44113 Or F8W2+PW Cleveland, Ohio)*; Office Of The U.S. Attorney (Northern District Of Ohio), 801 West Superior Avenue, Suite 400, Cleveland, OH 44113-1852 Or F8W2+HX Cleveland, Ohio)*; US Attorney, 600 Superior Ave #700, Cleveland, OH 44114 Or G826+G5 Cleveland, Ohio)*;

*(U.S. Department of Justice: +12025142000)*; *(U.S. District Court:+12163577000)*; *(U.S. Attorney For N.D. OH: +12166223600)*; *(US Attorney:+12166223600)*; *(Attorney General Of The United States: +12023531555)*

ET AL

In Rem John Yousef, APRN-CNP

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G822+MX Cleveland, Ohio

+12164436188

ET AL

In Rem Cleveland Clinic Main Campus

*(9500 Euclid Ave. Cleveland, Ohio 44195)*

G93H+6P Cleveland, Ohio

216) 444-2200 Or +12164442200

ET AL

In Rem MetroHealth Main Campus Medical Center Emergency Room

*(2500 Metrohealth Dr, Cleveland, OH 44109)*

F862+JR Cleveland, Ohio

216) 7787800 Or +12167787800

ET AL

In Rem University Hospital

*(11100 Euclid Ave Cleveland, OH 44106)* Or *(7255 Old Oak Blvd, Middleburg Heights, OH 44130)*

9598+PV Middleburg Heights, Ohio

216-868-8776 Or +14408162777

ET AL

In Rem JPMorgan Chase & Co

*(270 Park Avenue, New York, New York, 10017)*

1 302 6587581

ET AL

In Rem Huntington Bank

Huntington Center, 41 South High Street, Columbus, OH 43287

XX6X+CJ Columbus, Ohio

(800) 480-2265 Or +16144615881

ET AL

In Rem KeyBank

127 Public Square, Cleveland, OH 44114

G824+CC Cleveland, Ohio

(800) 539-2968; +12166898481 Or (216-689-3000)

ET AL

In Rem Citizens

*(2000 E 9th St, Cleveland, OH 44115)*

G827+27 Cleveland, Ohio

+12167165480

ET AL

In Rem UNITED STATES OF AMERICA Or UNITED STATES

*(1600 Pennsylvania Avenue, N.W., Washington, D.C. 20500 Or V2H9+M7 Washington, District of Columbia)*

+12029151635; 1-844-872-4681; 1-202-224-3121; 1-202-456-1414; 1-202-456-1111;

ET AL

In Rem UNITED STATES DEPARTMENT OF STATE;

*(2201 C Street, NW Washington, DC 20520 Or VXV2+GF Washington, District of Columbia)*

202-647-4000

ET AL

In Rem Federal Communications Commission

*(Federal Communications Commission, Washington, DC 20554 USA Or WX3R+CV Washington, District of Columbia)*

(888) 225-5322

ET AL

In Rem Department of Defense

*(1400 Defense Pentagon Washington, , DC 20301 USA Or VWCV+PF Arlington, Virginia)*

(703) 571-3343

Affiliates

Defendant/Respondent

Let The Record Reflect; Compel My Conclusive Presumption; Motion For Leave To File An Amended Petition For: Writ Quo Warranto; Prohibition Or Mandamus; Habeas Corpus; Fieri Facias; Certiorari; Amicus Brief Or Reply Brief; Preliminary Injunction; Judicial Notice; Procurement Fraud; Recall Mandate; Affidavit Of Indigency Or In Forma Pauperis; Execution On A Judgment; Living Will / Medical Advance Directive Or Declaration Of Mental Health Treatment; Developmental Disabilities; Family Caregiver Or Primary Caregiver; Judicial Review; Expedited Review; In Camera Review Or For Affirmative; Disaster; Declaratory; Preliminary Injunctive; Judicial Relief For Remand; To The Originating Tribunal Or Agency;

For Lack Of Subject-Matter Jurisdiction Or Statutory Authority; For Procedural Defect; Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted Or Dismiss For Lack Of Subject-Matter Jurisdiction; Dismiss For Failure To Join A Party Indispensable Under Rule 19; Good Cause Exists To Amend; As Newly Discovered Facts Demonstrate Jurisdictional Deficiencies Requiring Remand Under: Article IV, Section 4(B) Of The Ohio Constitution; O.R.C. 2305.01; O.R.C. 2101.01 Et Seq; O.R.C. 2101.24(A)(1)(e); O.R.C. 2323.311(A)–(C); O.R.C. 2133.09 Et Seq.; O.R.C.2135.01 Et Seq; O.R.C. 2305.01; O.R.C. 2721.03 Et Seq; 2505.02 Et Seq; 28 U.S.C. § 1441 Et Seq; 28 U.S.C. § 1447(c); Fed. R. Civ. P. 12(h)(3); Fed. R. Civ. P Rule 55(a),(b); 15 U.S.C. 1 Et Seq; 15 U.S.C. 3901 Et Seq; 28 U.S.C. § 1331; 28 U.S.C. § 1651 Et Seq; 42 U.S.C. § 12131 Et Seq; 42 U.S.C. § 12181 Et Seq; Wrongful Death Claim; Rehabilitation Or Liquidation Claim Or Complaint; Statement Of Claim Or Complaint; Proof of Claim Or Complaint; Assignments Of Claims Or Complaint; Equitable-Contribution Claim Or Complaint; Cross-Claim Or Complaint; Permissive Counterclaim For Ownership Fraud Or Complaint; Third-Party Defendant's Claim Or Complaint; Permissive Intervenor Claim Or Complaint; Procurement-Fraud Claims Or Complaint; Consumer Protection Claims Or Complaint; Fraud Claims Or Complaint; Unfair Business Practice Claims Or Complaint; Deceptive Trade Practice Claims Or Complaint; Obstructing Justice Or Act Of Terrorism; Parol Evidence & Discovery: Compel; Forthwith Subpoena Duces Tecum; Living Will/ Medical Advance Directive Or Declaration Of Mental Health Treatment; In Re Review: IN THE COURT OF COMMON PLEAS GENERAL DIVISION OR PROBATE DIVISION CUYAHOGA COUNTY, OHIO, Case No. (2026-CVG-016054); Written Deposition Or In Camera; Affirmative Request For Admission; Production Or Interrogatories; Circuit Executive Spencer Hallett Or Clerk Clifton B. Cislak E. Barrett Prettyman U.S. Courthouse 333 Constitution Ave NW, Washington, D.C., 20001, Room 4712; Commissioner Or Clerk Of Courts; Any Or All Indictments; Supplementation Of Excerpts Of Record; Videos Of Purchased Receipts Or Returns Or Return Information Or Informative Answers & Reply; Concede; Bill Of Particulars Or Acceptance; Acquittal Or Acquitted; Compel Good Cause Shown For Leave To Amend For Extension Of Time; Joinder For Interpleader: Innocent Plea; Strike Or Waiver Guilty Plea; Bench Trial; Jury Trial Or Defence Counsel-Waiver; Waiver Of Service Of Summons; Severe Or Substantial Hardship Or Extreme

Inconvenience; Suppression Of Evidence; Dismiss For Failure Of The Complaint To State A Claim On Which Relief Can Be Granted Or Dismiss For Failure Of The Complaint To State A Good Claim; Dismiss Failure Of A Pleading To State A Cause Of Action; Dismiss For Lack Of Personal Jurisdiction; Dismiss For Improper Venue; Dismiss For Insufficient Process; Dismiss For Insufficient Service of Process; Dismiss For Failure To Join A Required Party; Dismiss For Failure To State A Legal Defense To A Claim; Dismiss For Defense Of Lack Of Jurisdiction Over The Subject Matter; For A More Definite Statement; For Fees/Costs; To Strike Defective Removal Filings Or Opposition To Removal-Based Motions; Objection Or Renewed Objections To Any Or All Indictments Or Judge Decision; Dismissals; Quash; Motion To Strike; Oppositions Or Denials; Objectional Grounds: Facts Not In Evidence; Non-Jurisdictional Equitable Grounds; Competent; Residual; Admissible Hearsay Of Relevant; Parol Evidence; Totally Arbitrary & Capricious; Abuse Of Discretion; Exigent Circumstances; Inquisition Confessions; Perjury Or Unfair Prejudice; Equivalent; En Banc; Residual Hearing; Rehearing; Reconcentration Or Preliminary Conference; "I Affirm, Upon The Threat Of Eternal Damnation, That My Testimony Is Given In Absolute Truth Or "I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct.";

**Compel Affirmative; Amicus Brief Or Reply Brief; Judicial Notice Of Federal Statutory Classification; Concluding Remark; Objecting To A Ruling Or Order; Opposition To A Ruling Or Order; Relief from Judgment; Request For Clarification Or Reconsideration Of Interlocutory Order; Vacate Journal Entry; Jurisdictional Authority Or Conclusion:**

Pursuant To: Fed. R. Civ. P. 46; Article IV, Section 4(B) Of The Ohio Constitution; O.R.C. 2305.01; O.R.C. 2101.01 Et Seq; 2505.02 Et Seq; O.R.C. 2323.311(A)–(C); O.R.C. 2133.09 Et Seq.; O.R.C. 2921.32 Et Seq; O.R.C. 2307.382 Et Seq; O.R.C. 147.03 Et Seq; O.R.C. 3903.10 Et Seq; O.R.C. §§1331.01-1331.99 Et Seq; O.R.C. 1707.43 (A)-(C) Et Seq; O.R.C. 1317.02 Et Seq; O.R.C. 2921.32 Et Seq; O.R.C. 2923.34:(A)-(N) Et Seq; O.R.C. 2923.35 (A)-(E) Et Seq; O.R.C. 2933.41 (A)(1)-(C)(2) & (E)(2)-(J) Et Seq; O.R.C. 2941.1417 (A)-(C) Et Seq; O.R.C.2923.31 (D) Et Seq; O.R.C.2981.04: (E)(1)-(F)(2) Et Seq; OH, CRIM.R. 21; OH, CRIM.R. 26; Fed. R. Evid: 201(b); 28

U.S.C. § 1441, Et Seq; 28 U.S.C. § 1447(c); Fed. R. Civ. P. 12(h)(3); Fed. R. Civ. P. 55(a),(b); 15 U.S.C. 1 Et Seq; 15 U.S.C. 3901 Et Seq; 28 U.S.C. § 1331; 28 U.S.C. § 1651 Et Seq; 42 U.S.C. §§ 12101 Et Seq; 42 U.S.C. § 12131 Et Seq; 42 U.S.C. § 12181 Et Seq; 42 U.S.C. §§ 1381 Et Seq; 20 U.S.C. §§ 1400 Et Seq; 29 U.S.C. §§ 701 Et Seq; 26 U.S.C. § 529A; 42 U.S.C. §§ 15001 Et Seq; 18 U.S.C. § 1031; 18 U.S.C. § 1001; 18 U.S.C. § 287; 18 U.S.C. § 371; 18 U.S.C. §§ 1341, 1343; 41 U.S.C. §§ 8701-8707; 31 U.S.C. §§ 3729-3733; U.S.C.A.Const. Amends. 1, 4, 5, 14; Made in the U.S.A. 5 Act; Original Works Of Authorship; Useful Article; See Attached Exhibits; Stare Decisis; Precedent; Append; Annex Or Incorporate By Reference;

Compel My Conclusive Presumption; Let The Record Reflect; Comes Now, Petitioner Moves This Honorable Court For Leave To File An Amended Petition For: Writ Quo Warranto; Prohibition Or Mandamus; Habeas Corpus; Fieri Facias; Certiorari; Amicus Brief Or Reply Brief; Judicial Notice; Procurement Fraud; Affidavit Of Indigency Or In Forma Pauperis; Execution On A Judgment; Living Will / Medical Advance Directive Or Declaration Of Mental Health Treatment; Developmental Disabilities; Family Caregiver Or Primary Caregiver; Judicial Review; Expedited Review; In Camera Review Or For Affirmative; Disaster; Declaratory; Preliminary Injunctive; Judicial Relief For Remand;
To The Originating Tribunal Or Agency; For Lack Of Subject-Matter Jurisdiction Or Statutory Authority; For Procedural Defect; Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted Or Dismiss For Lack Of Subject-Matter Jurisdiction; Dismiss For Failure To Join A Party Indispensable Under Rule 19; Etc.;

This Court Exercises Original Jurisdiction Pursuant To Article IV, Section 4(B) Of The Ohio Constitution; O.R.C. 2305.01; O.R.C. 2101.01 Et Seq;

The Amendment Is Necessary To Properly Present Jurisdictional And Procedural Defects Requiring Remand, And To Clarify Additional Grounds Under Rule 12(b)(6), Including Indirect-Purchaser Pass-On Limitations;

Petitioner Respectfully Requests That The Court Take Judicial Notice; Pursuant to Federal Rule Of Evidence 201(b); The Official Classification Of The *Developmental Disabilities Assistance and Bill of Rights Act of 2000*,

Pub. L. 106-402, As Codified In **Title 42, Chapter 144, Subchapter I, Part A, § 15001 et seq.** Of The United States Code. The Complete Classification Of This Act To The Code Is Set Forth In The **Short Title note under 42 U.S.C. § 14901** And In The **Classification Tables** Published By The Office of the Law Revision Counsel. These sources are publicly available, authoritative, And Not Subject To Reasonable Dispute. Judicial Notice Is Therefore Proper As To The Existence, Codification, And Placement Of The Act Within Title 42 Of The United States Code;

Petitioner Asserts Severe Or Substantial Hardship Or Extreme Inconvenience Encompassing Financial, Medical, And Family Composition Hardships, Arising From The Coercive Nature Of Recertification Under Federally Subsidized Housing Programs. Such Hardship Constitutes An Equitable Ground For Relief, Consistent With The Principles Underlying 15 U.S.C. § 1 And The Doctrine Of Unconscionable Restraint;

Petitioner Notes That A Separate Petition For Review Of The Related Agency Action Under 2505.02 Et Seq; 28 U.S.C. § 2342 Et Seq.; 28 U.S.C. § 1441, Et Seq; 28 U.S.C. § 1447(c); Fed. R. Civ. P. 12(h)(3); Is Pending Before The United States Court Of Appeals For The District Of Columbia Circuit.That Proceeding Concerns The Legality Of The Agency's Order, Whereas The Instant Motion Concerns The Impropriety Of Statutory Bar To Removal Or Non-Removable Claim Type; Good Cause Exists To Amend, As Newly Discovered Facts Demonstrate Jurisdictional Deficiencies Requiring Remand Under 28 U.S.C. § 1441, Et Seq; 28 U.S.C. § 1447(c); Fed. R. Civ. P. 12(h)(3); The Court Lacks Subject-Matter Jurisdiction Over This Removed Action, And Removal Was Procedurally Defective. Remand Shall Therefore Mandatory;

Petitioner Reserves The Right To Seek Fees And Costs Under 28 U.S.C. § 1441, Et Seq; 28 U.S.C. § 1447(c) And To Move Separately To Strike Defective Removal Filings Pursuant To Rule 12(f);

Petitioner Seeks Affirmative Relief In The Form Of A Judicial Order Remanding This Matter To The Originating Tribunal Or Agency. Because Affirmative Relief Is Requested, Fed. R. Civ. P. 55(a),(b); 15 U.S.C. 1 Et Seq; 15 U.S.C. 3901 Et Seq; 28 U.S.C. § 1331; 28 U.S.C. § 1651 Et Seq; 42 U.S.C. § 12131 Et Seq;

42 U.S.C. § 12181 Et Seq; Applies If Respondent Fails To Plead Or Otherwise Defend;

Petitioner Notice: If The Movant's Attempt To Strike The Constitutional Claims Is Improper. The First Amendment Guarantees The Right To Petition The Government For Redress Of Grievances, And A Rule 12(f) Motion Cannot Extinguish A Constitutional Claim. The Fourth Amendment Requires That Any Factual Contradiction Of A Pleaded Search Or Seizure Be Supported By An Oath Or Affirmation; The Movant Offers None. The Fifth Amendment Prohibits Compelled Self-incrimination And Forbids Deprivation Of Liberty Or Property Without Due Process Of Law;

Petitioner Notice: To Incorporate Declaratory Instruments Governing Mental-Health Treatment And Medical Decision-Making, Including The Living Will/ Medical Advance Directive Or Declaration Of Mental Health Treatment, Executed While Competent And Valid Under State Law. These Instruments Establish Standing, Evidentiary Authority, And Procedural Context Relevant To The Adjudication Of Agency Jurisdiction And Due-Process Compliance.";

Petitioner Notice: Pursuant To Fed. R. Civ. P. 46, Incorporated Herein By Analogy, Petitioner Objects To The Court's Ruling Denying Indigent-Litigant Status And States The Grounds For Objection On The Record To Preserve The Issue For Appellate Review. Petitioner Asserts That The Court's Determination Was Contrary To The Evidence Presented And Inconsistent With The Statutory Criteria Of O.R.C. 2323.311(B)(4);

Petitioner Objection Or Renewed Objections To Any Or All Judge Decision; Dismissals; Quash; Motion To Strike; Oppositions Or Denials; Objectional Grounds: Facts Not In Evidence; Non-Jurisdictional Equitable Grounds; Competent; Residual; Admissible Hearsay Of Relevant; Parol Evidence; Totally Arbitrary & Capricious; Abuse Of Discretion; Exigent Circumstances; Inquisition Confessions; Perjury Or Unfair Prejudice;

Petitioner Seeks Clarification That The Filings, Made Remain Valid And That To Protect His Individual Interests Affected By These Proceedings And Any Related

Matters Before The Eighth District Court Of Appeals Or The United States Court Of Appeals For The District Of Columbia Circuit.

To The Extent This Matter Concerns Review Of FCC Action, Congress Has Vested Exclusive Jurisdiction In The D.C. Circuit Under 47 U.S.C. § 402(a)–(b).

Petitioner Respectfully Requests That Pursuant To Ohio Revised Code § 2133.09 et seq.; Petitioner Authorization To Withdraw Artificially Supplied Nutrition And Hydration From A Patient Who Has Been In A Permanently Unconscious State For At Least Twelve Months. This Motion Is Supported By Exhibits A And B, Which Constitute The Petitioner's Duly Executed Living Will / Medical Advance Directive And
Declaration Of Mental Health Treatment, Both Executed While Competent And In Accordance With The Procedural Safeguards Set Forth In §§ 2133.08–2133.13 of The Ohio Revised Code;

In Conclusion, The Evidence Presented Establishes A Clear And Compelling Basis For The Relief Requested. The Record Shows That The Opposing Party Failed To Meet Their Burden, Offered No Credible Rebuttal, And Did Not Comply With Procedural Obligations Necessary For A Fair Adjudication. The Court Has Both The Authority And Responsibility To Correct These Deficiencies. For These Reasons, The Plaintiff Respectfully Requests That Judgment Be Entered In Their Favor, Consistent With The Facts, The Law, And The Interests Of Justice;

Petitioner Respectfully Requests That The Court Enter Judgment Granting Any Additional Relief The Court Deems Just And Proper; All Provisions Permissible Thereto; Wherefore All Relief Is Sought, Including The Issuance Of An Alternative Writ; (3),Three Or (7),Seven Day Response Or Silence Acquiescence Shall Be Permissible; Reclaiming My Time Or Yield;

**Exhibit A — Living Will / Medical Advance Directive**

A True And Correct Copy Of Petitioner's Living Will / Medical Advance Directive, Executed While Competent, Establishing Directives For Life-Sustaining And Medical Treatment;

**Exhibit B — Declaration of Mental Health Treatment**

A True And Correct Copy Of Petitioner's Declaration Of Mental Health Treatment, Executed While Competent, Establishing Directives And Decisional Authority For Psychiatric Treatment;

**Intervenor Status Or Personal Standing**

Plaintiff Acknowledges The Court's Directive Regarding Representation Of Other Individuals Or Entities. Plaintiff Does Not Seek To Act As Counsel Or Representative For Any Other Person. Instead, Plaintiff's Participation Is Grounded In His Own Constitutional And Statutory Interests, Consistent With Fed. R. Civ. P. 24. To The Extent The Court Construes Plaintiff's Filings As Seeking Participation Beyond His Own Claims, Plaintiff Respectfully Requests Recognition As An Intervenor Of Right Or, Alternatively, Permissive Intervenor, To Protect His Personal Interests Under The U.S.C.A. Const. Amends. 1, 4, 5, 14;

Under 18 U.S.C. § 202 Et Seq, Including § 205, A Special Government Employee May Represent Another Person Only Where Congress Has Expressly Provided An Exception; The Movant Identifies No Such Authority. Accordingly, The Motion To Strike Must Or Shall Be Denied; "I am Not Filing For Others. I Am Asserting My Own Constitutional Rights.";

Petitioner Seeks Clarification That His Filings, Made Solely In His Own Name, Remain Valid And That His Participation As An Intervenor Is Proper To Protect His Individual Interests Affected By These Proceedings And Any Related Matters Before The Eighth District Court Of Appeals And The United States Court Of Appeals For The District Of Columbia Circuit To The Extent This Matter Concerns Review Of FCC Action, Congress Has Vested Exclusive Jurisdiction In The D.C. Circuit Under 47 U.S.C. § 402(a)–(b);

Petitioner Respectfully Requests That The Court Enter Judgment Granting Remand And Any Additional Relief The Court Deems Just And Proper; All Provisions Permissible Thereto; Wherefore All Relief Is Sought, Including The Issuance Of An Alternative Writ; (3),Three Or (7),Seven Day Response Or Silence Acquiescence Shall Be Permissible; Reclaiming My Time Or Yield;

**<u>Compel Affirmative; Parol Evidence & Discovery; Affirmative Request For Admission; Production Or Interrogatories; Forthwith Subpoena Duces Tecum Or Written Deposition Or In Camera;</u>**

★ Certiorari; Certified Question Of Law And Fact Or Request For Admission; Production Or Interrogatories:

18 U.S.C. § 1031 (Major Fraud Against the United States)
18 U.S.C. § 1001 (False Statements)
18 U.S.C. § 287 (False Claims)
18 U.S.C. § 371 (Conspiracy)
18 U.S.C. §§ 1341, 1343 (Mail and Wire Fraud)
41 U.S.C. §§ 8701-8707 (Anti-Kickback Act)
31 U.S.C. §§ 3729-3733 (False Claims Act);

★ Certiorari; Certified Question Of Law And Fact: "The very integrity of the judicial system . . . depends on compulsory process."; "To ensure that justice is done, it is imperative that compulsory process be available . . . ."; "The need to develop all relevant facts in the adversary system is both fundamental and comprehensive. . . . The very integrity of the judicial system therefore depends on compulsory process.";

★ Certiorari; Certified Question Of Law And Fact: "Whether the tribunal exceeded its jurisdiction, inter alia…"; "Respondent failed to perform its statutory duty, inter alia…"; "Respondent lacks lawful authority, inter alia…"

★ Certiorari; Certified Question Of Law And Fact: "he shall be separated"..."his appointment as a permanent warrant officer of the Regular service and any other appointment which he may hold in any warrant officer or commissioned officer grade shall be terminated"..."his appointment shall be terminated"..."at least three"..."more than three"..."The Secretary concerned may defer"..."may, in the discretion of the Secretary, be deferred"..."not more than"..."a period not to exceed"..."he would otherwise be required to be retired or separated under this section"..."retirement * * * would otherwise be required"..."determina tion of his"..."which is required", "possible", "proper",..."a period of"..."section 511 of the Career Compensation Act of 1949, as amended (70 Stat. 114)"..."section 311 of title 37."..."member has served"..."person has served"..."facility of the Department of Veterans Affairs"..."Veterans' Administration facility"..."The Secretary of Defense, in consultation with the Secretary of Veterans Affairs, shall modify the Certificate of Release or Discharge from Active Duty (DD Form 214) in order to permit a member of the Armed Forces, upon discharge or release from active duty in the Armed Forces, to elect that the DD–214 issued with regard to the member be forwarded to the following: "(1) The Central Office of the Department of Veterans Affairs in the District of Columbia. "(2) The appropriate office of the Department of Veterans Affairs for the State or other locality in which the member will first reside after such discharge or release."..."within one year"..."within three months"...EX. ORD. NO. 11498. DELEGATION OF AUTHORITY TO SECRETARY OF DEFENSE Ex. Ord. No. 11498, Dec. 1, 1969, 34 F.R. 19125, provided: By virtue of the authority vested in me by section 301 of title 3 of the United States Code, and as President of the United States, it is ordered that the Secretary of Defense is hereby designated and empowered to approve regulations issued by the Secretaries concerned under section 1171 of title 10, United States Code, effective January 2, 1968, which relate to the early discharge of regular enlisted members of the armed forces. Richard Nixon…Ex. Ord. No. 11110; John F. Kennedy;

Executive Order 14418: Continuing To Protect The Meaning And Value of American Citizenship;

★ Certiorari; Certified Question Of Law And Fact: ("The courts have never favored that portion of the rules which undertook to justify a motion of this kind for the purpose of aiding counsel in preparing his case for trial.")..."if he has made no motion,"..."until the trial on the merits."

★ Request For Admission Or Certiorari; Certified Question Of Law And Fact: Do You Believe In Anarchy?;

★ Request For Admission Or Certiorari; Certified Question Of Law And Fact: Do You Belong To Any Organization Or Association Which Advocates Anarchy Or The Overthrow Of The United States Government?

★ Certiorari; Certified Question Of Law And Fact; Request For Production Or Interrogatories: The Copy Of The Court's Opinion; Or Copy Of The Release After Judgment Of Conviction; Electronically Stored Information; Or Other Tangible Items For Inspection; Financial Records; Contracts Or Lease; Emails; Photographs; Certified Copy Of The Docket; Catch-UP Or All Sums Approach, U.S. Or States Remanded Cases Or Videos;

★ Request For Production Or Interrogatories: List All Insurance Policies;

★ Certiorari; Certified Question Of Law And Fact; Request For Production Or Interrogatories: List All Persons Competent Under Oath Or Affirmation To Testify Of Former Testimony Truthfully;

★ Certiorari; Certified Question Of Law And Fact: Involves A Controlling Question Of Law As To Which There Is Substantial Ground For Difference Of Opinion And That An Immediate Appeal

From The Order May Materially Advance The Ultimate Termination Of The Litigation?;

**Compel Affirmative; Ancillary Motions:**

- ★ **Motion For Fees/Costs**: Removal Was Frivolous Or Tactical; Lack Of Federal Jurisdiction (No Federal Question Or Diversity); **No Federal Question Under § 1331; No Diversity Jurisdiction Under § 1332;**

- ★ **Motion To Strike Defective Removal Filings** —Statutory Bar **To Removal**; (Non-Removable Claim Type); Procedural Defect (Late Filing, Missing Consent, Wrong District); **No Federal Question Under § 1331;**

- ★ **Opposition To Removal-Based Motions** —Opposing A Defendant's Federal Motion To Dismiss By Arguing The Court Lacks Jurisdiction;

- ★ **Relief Requested: Immediate Remand To State Court; Authority: 2505.02 Et Seq; 28 U.S.C. § 1447(c); Fed. R. Civ. P. 12(h)(3); Fed. R. Civ. P. 55 (a),(b);**

**Certificate Of Service Of  Sealed Or Unsealed Documents**

I Certify The Foregoing Notice Was Sent By E-Filing & E-Service Or Court Initiated Filings, Public Display Or Public Performance Constitute Publication Or RePublication.

/s/ Melanated Monarchs; D. P. V; (#8717224); [P]®©™(L.S.); All Rights Reserved; Accommodation; Affirmative; Amicus; Ad Hoc; Term Of Office;

Special Government Employee; Intervenor; Decl.; 1215 W 3rd St, Cleveland, OH 44113; MelanatedMonarchsIV@gmail.com; dwayne.pryor357@gmail.com; (202) 930-0106;

/s/The State Of Ohio; /s/Michael C. O'malley; (#0059592); /s/The Ohio Attorney General, Dave Yost, (#0056290); Ohio Atty. Generals Office 615 West Superior Ave., 11th Floor Cleveland, Oh 44113-0000; 1200 Ontario Street, 9th Floor Cleveland, Ohio 44113; /s/United States Court House 801 West Superior Ave., Suite 400 Cleveland, OH 44113.

**In The Court Of Appeals Of Ohio, Eight Appellate District, County Of Cuyahoga.**

In Re Melanated Monarchs V Case No.

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G823+G2 Cleveland, Ohio

(202) 930-0106

ET AL

In Re D. P. V

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G823+G2 Cleveland, Ohio

(202) 930-0106

(NDL# 4621)

ET AL

In Re Chance Rone V

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G823+G2 Cleveland, Ohio

Chaneerone@gmail.com

(DL#9286)

Plaintiff/Petitioner/Relator/Intervenor

Separated Affiliate

V.

In Rem CHN Housing Partners

*(3711 Chester Avenue, Suite 100 Cleveland, OH 44114)*

G84Q+3G Cleveland, Ohio

(216) 574-7100. Fax: 216-574-7130

ET AL

The UPS Store

*(7 St Clair Ave NE, Cleveland, OH 44114)*

G824+M3 Cleveland, Ohio

+12163039360

ET AL

In Rem Netflix, Inc.

*(100 Winchester Cir, Los Gatos, CA 95032 Or 121 Albright Way Los Gatos, CA 95032, USA)*

ET AL

In Rem Crunchyroll, LLC

*(5750 Wilshire Blvd #110, Los Angeles, CA 90036)*

3J6W+F3 Los Angeles, California

ET AL

In Rem Adobe

*(345 Park Ave, San Jose, CA 95110)*

ET AL

In Rem Cuyahoga Metropolitan Housing Authority

*(8120 Kinsman Rd, Cleveland, OH 44104)*

F9G9+5P Cleveland, Ohio

+12163485000

ET AL

In Rem State Of Ohio

*(180 Civic Center Dr, Columbus, OH 43215 USA Or XX5W+5Q Columbus, Ohio;

+12164437800 Or (877) 767-6446 Or +18777676446

ET AL

In Rem Attorney General Of The United States, 950 Pennsylvania Ave NW, Washington, DC 20530 Or VXVF+7X Washington, District of Columbia)*; U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 Or VXVG+G2 Washington, District of Columbia)*; Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, OH 44113 Or F8W2+HX Cleveland, Ohio)*; United States District Court, 801 W Superior Ave, Cleveland, OH 44113, F8W2+PW Cleveland, Ohio)*; Office Of The U.S. Attorney (Northern District Of Ohio), 801 West Superior Avenue, Suite 400, Cleveland, OH

44113-1852 Or F8W2+HX Cleveland, Ohio)*; US Attorney, 600 Superior Ave #700, Cleveland, OH 44114 Or G826+G5 Cleveland, Ohio)*;

*(U.S. Department of Justice: +12025142000)*; *(U.S. District Court:+12163577000)*; *(U.S. Attorney For N.D. OH: +12166223600)*; *(US Attorney:+12166223600)*; *(Attorney General Of The United States: +12023531555)*

ET AL

In Rem John Yousef, APRN-CNP

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G822+MX Cleveland, Ohio

+12164436188

ET AL

In Rem Cleveland Clinic Main Campus

*(9500 Euclid Ave. Cleveland, Ohio 44195)*

G93H+6P Cleveland, Ohio

216) 444-2200 Or +12164442200

ET AL

In Rem MetroHealth Main Campus Medical Center Emergency Room

*(2500 Metrohealth Dr, Cleveland, OH 44109)*

F862+JR Cleveland, Ohio

216) 7787800 Or +12167787800

ET AL

In Rem University Hospital

*(11100 Euclid Ave Cleveland, OH 44106)* Or *(7255 Old Oak Blvd, Middleburg Heights, OH 44130)*

9598+PV Middleburg Heights, Ohio

216-868-8776 Or +14408162777

ET AL

In Rem JPMorgan Chase & Co

*(270 Park Avenue, New York, New York, 10017)*

1 302 6587581

ET AL

In Rem Huntington Bank

Huntington Center, 41 South High Street, Columbus, OH 43287

XX6X+CJ Columbus, Ohio

(800) 480-2265 Or +16144615881

ET AL

In Rem KeyBank

127 Public Square, Cleveland, OH 44114

G824+CC Cleveland, Ohio

(800) 539-2968; +12166898481 Or (216-689-3000)

ET AL

In Rem Citizens

*(2000 E 9th St, Cleveland, OH 44115)*

G827+27 Cleveland, Ohio

+12167165480

ET AL

In Rem UNITED STATES OF AMERICA Or UNITED STATES

*(1600 Pennsylvania Avenue, N.W., Washington, D.C. 20500 Or V2H9+M7 Washington, District of Columbia)*

+12029151635; 1-844-872-4681; 1-202-224-3121; 1-202-456-1414; 1-202-456-1111;

ET AL

In Rem UNITED STATES DEPARTMENT OF STATE;

*(2201 C Street, NW Washington, DC 20520 Or VXV2+GF Washington, District of Columbia)*

202-647-4000

ET AL

In Rem Federal Communications Commission

*(Federal Communications Commission, Washington, DC 20554 USA Or WX3R+CV Washington, District of Columbia)*

(888) 225-5322

ET AL

In Rem Department of Defense

*(1400 Defense Pentagon Washington, , DC 20301 USA Or VWCV+PF Arlington, Virginia)*

(703) 571-3343

Affiliates

Defendant/Respondent

Let The Record Reflect; Compel My Conclusive Presumption; Motion Leave To File An Amended Petition For: Writ Quo Warranto; Prohibition Or Mandamus; Habeas Corpus; Fieri Facias; Certiorari; Amicus Brief Or Reply Brief; Judicial Notice; Procurement Fraud; Affidavit Of Indigency Or In Forma Pauperis; Execution On A Judgment; Living Will / Medical Advance Directive Or Declaration Of Mental Health Treatment; Developmental Disabilities; Family Caregiver Or Primary Caregiver; Judicial Review; Expedited Review; In Camera Review Or For Affirmative; Disaster; Declaratory; Preliminary Injunctive; Judicial Relief For Remand; To The Originating Tribunal Or Agency; For Lack Of Subject-Matter Jurisdiction Or Statutory Authority; For Procedural Defect; Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted Or Dismiss For Lack Of Subject-Matter Jurisdiction; Dismiss For Failure To Join A Party Indispensable Under Rule 19; Good Cause Exists To Amend, As Newly Discovered Facts Demonstrate Jurisdictional Deficiencies Requiring Remand Under Article IV, Section 4(B) Of The Ohio Constitution; O.R.C. 2305.01; O.R.C. 2101.01 Et Seq; 2505.02 Et Seq; O.R.C. 2323.311(A)–(C); O.R.C. 2133.09 Et Seq.; 28 U.S.C. § 1441, Et Seq; 28 U.S.C. § 1447(c); Fed. R. Civ. P. 12(h)(3); Fed. R. Civ. P. Rule 55(a),(b); 28 U.S.C. § 1331; 28 U.S.C. § 1651 Et Seq; 42 U.S.C. § 12131 Et Seq; 42 U.S.C. § 12181 Et Seq; 28 U.S.C. § 2342 Et Seq; 28 U.S.C. § 1254 Et Seq; 47 U.S.C. § 402 (a),(b),(c),(g); 47 U.S.C. 151 Et Seq; S. 652 / H.R. 1555; 15 U.S.C. 3901 Et Seq; 15 U.S.C. §13 Et Seq; 15 U.S.C. 1 Et Seq; Unsealed Or Sealed Appeal; Notice Of Appeal; Delayed Jurisdictional Appeal Or Cross-Appeal; Statement Of The Case Or Grounds For Jurisdiction; Memorandum In Support Of Jurisdiction Or Memoranda and Correspondence; Certify A Conflict; Request For Clarification; Undue Burden; Being Dictated By The Circulating Murmurs Of The Small States Was Agreed To Without Debate; Redacted; Document Filed Under Seal In A Totally Sealed Case; All Rights Reserved; Accommodation; Affirmative; Ad Hoc; Term Of Office; Special Government Employee; Intervenor; Synopsis: Claim Or Complaint; Rehabilitation Or Liquidation Claim Or Complaint; Forbearance Or Exempt Function Income; Reclaiming My Time Or Yield; Stay; Joint Or Consolidated; Official Notice Of

Nonprecedential; Ejusdem Generis Or Houston Generous; Novel; Probable Cause; Amplified Articulation Of Prior Conclusory Observation; Sovereign Immunity; Ex Parte Peru; Transfer; Plenary; Plain Clear Error; (Individual; Military Trustee Or Owner) (#8717224); As Class Counsel; Joinder For Interpleader: Innocent Plea; Strike Or Waiver Guilty Plea; Bench Trial; Jury Trial Or Defence Counsel-Waiver; Waiver Of Service Of Summons; Severe Or Substantial Hardship Or Extreme Inconvenience; Suppression Of Evidence; Statement Of Claim Or Complaint; Proof of Claim Or Complaint; Assignments Of Claims Or Complaint; Equitable-Contribution Claim Or Complaint; Cross-Claim Or Complaint; Permissive Counterclaim For Ownership Fraud; Third-Party Defendant's Claim Or Complaint; Permissive Intervenor Claim Or Complaint; Compel: Circuit Executive Spencer Hallett Or Clerk Clifton B. Cislak, E. Barrett Prettyman U.S. Courthouse 333 Constitution Ave NW, Washington, D.C., 20001, Room 4712; Parol Evidence & Discovery; Affirmative Request For Admission; Production Or Interrogatories; Forthwith Subpoena Duces Tecum Or Written Deposition; In Camera; Obstructing Justice Or Act Of Terrorism; Inherently Coercive Or Insoluble; Money Or Punitive Damages; Injuries; Dying Declarant Declaration; Unlawful Dissemination Or Self-Proclaimed Victim; Preliminary Injunction; Dismiss For Lack Of Precedent Or Jurisdiction Over The Subject Matter; Dismiss For Lack Of Jurisdiction Over The Person; Dismiss For Lack Of Due Process Of Law; Dismiss For Improper Venue; Dismiss For Insufficiency Of Process Or Insufficiency Of Service Of Process Is Waived; Dismiss For Failure To State A Legal Defense To A Claim; Definite Statement Or A Responsive Pleading; Delayed Because Of Service Of The Motion; New Or Re-Trial; Inquisition Confessions; Supplementation Of Excerpts Of Record; Commissioner Or Clerk of Courts; Any Or All Indictments; Videos Of Purchased Receipts Or Returns Or Return Information Or Informative Answers & Reply; Concede; Bill Of Particulars Or Acceptance; Acquittal Or Acquitted; Compel Good Cause Shown For Leave To Amend For Extension Of Time; Pre-Trial; Stipulated; Declaratory Summary Affirmance Or Reversal On A Responsive Pleadings; Final Decree Or To Unseal; Limitada; Demand For Judgment For The Defendant; Sentencing Appeal; Compassionate Release Appeal; Claim For An Award; Settlement Of Entire Cases; Major Rule Or Twofold; Final Status Report; (QTIP); (PACs); (QRP); (NBCO); Political Organizations; Anti-Tax Law Evasion Schemes; Sanctions For Violated Rule 11(b); Objection Or Renewed Objections To Any Or All Indictments Or Judge Decision; Dismissals; Quash;

Motion To Strike; Oppositions Or Denials; Objectional Grounds: Facts Not In Evidence; Non-Jurisdictional Equitable Grounds; Competent; Residual; Admissible Hearsay Of Relevant; Parol Evidence; Totally Arbitrary & Capricious; Abuse Of Discretion; Exigent Circumstances; Inquisition Confessions; Perjury Or Unfair Prejudice; Equivalent; En Banc; Residual Hearing; Rehearing; Reconcentration Or Preliminary Conference; "I Affirm, Upon The Threat Of Eternal Damnation, That My Testimony Is Given In Absolute Truth." Or "I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct.";

**Compel Affirmative Jurisdictional Authority Pursuant For:**
Stare Decisis; Precedent; Article IV, Section 4(B) Of The Ohio Constitution; R.C. 2305.01; R.C. 2101.01 Et Seq; 2505.02 Et Seq; O.R.C. 2323.311(A)–(C); O.R.C. 2133.09 Et Seq.; O.R.C. 147.03 Et Seq; O.R.C. 1317.02 Et Seq; O.R.C. 2307.382 Et Seq; O.R.C. §§1331.01-1331.99 Et Seq; O.R.C. § 3903.10 (A)-(F) Et Seq; 18 U.S.C. § 202, 205 Et Seq; 28 U.S.C. § 1654; Fed. R. Civ. P. 24; 8 U.S.C. § 1503(a); 47 U.S.C. § 402 (a),(b),(c),(g); 15 U.S.C. 1 Et Seq; 15 U.S.C. 3901 Et Seq; 15 U.S.C. §12(a); 15 U.S.C. §13 et seq; 15 U.S.C. §45; 47 U.S.C. 151 Et Seq; 28 U.S.C. § 1254 Et Seq; 28 U.S.C. § 2342 Et Seq; 28 U.S.C. § 1331; 28 U.S.C. § 1651 Et Seq; 42 U.S.C. § 12131 Et Seq; 42 U.S.C. § 12181 Et Seq; 42 U.S.C. §§ 1381 Et Seq; 20 U.S.C. §§ 1400 Et Seq; 29 U.S.C. §§ 701 Et Seq; 26 U.S.C. § 529A; 42 U.S.C. §§ 15001 Et Seq; 5 U.S.C. § 706(1); 10 U.S.C. § 12103(c); 18 U.S.C. § 1031; 18 U.S.C. § 1001; 18 U.S.C. § 287; 18 U.S.C. § 371; 18 U.S.C. §§ 1341, 1343; 41 U.S.C. §§ 8701-8707; 31 U.S.C. §§ 3729-3733; Fed. R. Evid: 201(b); S. 652 / H.R. 1555; H.R. 9029; H.R. 9623; H.R. 2352/S. 4602; U.S.C.A. Const. Amends. 1, 4, 5, 14; Made in the U.S.A. 5 Act; Original Works Of Authorship; Useful Article; See Attached Exhibits; All Provisions Permissible Thereto; Wherefore All Relief Is Sought, Including The Issuance Of An Alternative Writ; (3),Three Or (7),Seven Day Response Or Silence Acquiescence Shall Be Permissible;

**Compel Affirmative; Statement Of Law Or Facts; Claim; Statement Of The Case Or Grounds For Jurisdiction; Concluding Remark; Objecting To A Ruling Or Order; Judicial Notice Of Federal Statutory Classification; Opening Amicus Brief Or Reply Brief:**

This Court Has Original Jurisdiction To Issue Extraordinary Writs In Aid Of Its Appellate Jurisdiction; Compel My Conclusive Presumption: Let The Record Reflect; Comes Now;

Petitioner Moves This Honorable Court For Leave To Leave To File An Amended Petition For: Writ Quo Warranto; Prohibition Or Mandamus; Habeas Corpus; Fieri Facias; Certiorari; Amicus Brief Or Reply Brief; Judicial Notice; Procurement Fraud; Affidavit Of Indigency Or In Forma Pauperis; Execution On A Judgment; Living Will / Medical Advance Directive Or Declaration Of Mental Health Treatment; Developmental Disabilities; Family Caregiver Or Primary Caregiver; Judicial Review; Expedited Review; In Camera Review Or For Affirmative; Disaster; Declaratory; Injunctive; Judicial Relief For Remand; To The Originating Tribunal Or Agency; For Lack Of Subject-Matter Jurisdiction Or Statutory Authority; For Procedural Defect; Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted Or Dismiss For Lack Of Subject-Matter Jurisdiction; Dismiss For Failure To Join A Party Indispensable Under Rule 19; Etc.;

Petitioner Respectfully Requests That The Court Take Judicial Notice; Pursuant to Federal Rule Of Evidence 201(b); The Official Classification Of The Developmental Disabilities Assistance and Bill of Rights Act of 2000, Pub. L. 106-402, As Codified In Title 42, Chapter 144, Subchapter I, Part A, § 15001 et seq. Of The United States Code. The Complete Classification Of This Act To The Code Is Set Forth In The Short Title note under 42 U.S.C. § 14901 And In The Classification Tables Published By The Office of the Law Revision Counsel. These sources are publicly available, authoritative, And Not Subject To Reasonable Dispute. Judicial Notice Is Therefore Proper As To The Existence, Codification, And Placement Of The Act Within Title 42 Of The United States Code;

Petitioner Asserts Severe Or Substantial Hardship Or Extreme Inconvenience Encompassing Financial, Medical, And Family Composition Hardships, Arising From The Coercive Nature Of Recertification Under Federally Subsidized Housing Programs. Such Hardship Constitutes An Equitable Ground For Relief, Consistent With The Principles Underlying 15 U.S.C. § 1 And The Doctrine Of Unconscionable Restraint;

Petitioner Notes That A Separate Petition For Review Of The Related Agency Action Under 2505.02 Et Seq; 28 U.S.C. § 2342 Et Seq.; 28 U.S.C. § 1441, Et Seq; 28 U.S.C. § 1447(c); Fed. R. Civ. P. 12(h)(3); Is Pending Before The United States Court Of Appeals For The District Of Columbia Circuit.That Proceeding Concerns The Legality Of The Agency's Order, Whereas The Instant Motion Concerns The Impropriety Of Statutory Bar To Removal Or Non-Removable Claim Type; Good Cause Exists To Amend, As Newly Discovered Facts Demonstrate Jurisdictional Deficiencies Requiring Remand Under 28 U.S.C. § 1441, Et Seq; 28 U.S.C. § 1447(c); Fed. R. Civ. P. 12(h)(3); The Court Lacks Subject-Matter Jurisdiction Over This Removed Action, And Removal Was Procedurally Defective. Remand Shall Therefore Mandatory;

The Amendment Is Necessary To Properly Present Jurisdictional And Procedural Defects Requiring Remand, And To Clarify Additional Grounds Under Rule 12(b)(6), Including Indirect-Purchaser Pass-On Limitations;

Petitioner Acknowledges That A Removed State-Court Action Is Pending Before The United States District Court Or Probate Division; That Matter Concerns Removal Jurisdiction Under 2505.02 Et Seq; O.R.C. 2323.311(A)–(C); O.R.C. 2133.09 Et Seq.; 28 U.S.C. § 1441, Et Seq; 28 U.S.C. § 1447(c); Fed. R. Civ. P. 12(h)(3); Fed. R. Civ. P. 55(a),(b); 15 U.S.C. 1 Et Seq; 15 U.S.C. 3901 Et Seq; 28 U.S.C. § 1331; 28 U.S.C. § 1651 Et Seq; 42 U.S.C. § 12131 Et Seq; 42 U.S.C. § 12181 Et Seq; The Present Petition For Review Concerns The Agency's Statutory Authority And Arises Under 28 U.S.C. § 2342 Et Seq; Fed. R. App. P. 15.";

Petitioner, Invoking The Jurisdiction Of This Honorable Court Under 47 U.S.C. § 402(a),(b); S. 652 / H.R. 1555; Asserting That The Agency Acted Beyond Its Statutory Mandate, The Court Shall Remand The Matter To The Agency Or Originating Tribunal, For Reconsideration Consistent With The Statutory Limits And Due Process Requirements, The Two Matters Are Jurisdictionally Distinct;

Petitioner Notice: If The Movant's Attempt To Strike The Constitutional Claims Is Improper. The First Amendment Guarantees The Right To Petition The Government For Redress Of Grievances, And A Rule 12(f) Motion Cannot

Extinguish A Constitutional Claim. The Fourth Amendment Requires That Any Factual Contradiction Of A Pleaded Search Or Seizure Be Supported By An Oath Or Affirmation; The Movant Offers None. The Fifth Amendment Prohibits Compelled Self-incrimination And Forbids Deprivation Of Liberty Or Property Without Due Process Of Law;

Petitioner Notice: To Incorporate Declaratory Instruments Governing Mental-Health Treatment And Medical Decision-Making, Including The Living Will/ Medical Advance Directive Or Declaration Of Mental Health Treatment, Executed While Competent And Valid Under State Law. These Instruments Establish Standing, Evidentiary Authority, And Procedural Context Relevant To The Adjudication Of Agency Jurisdiction And Due-Process Compliance.";

## **Intervenor Status Or Personal Standing**

Plaintiff Acknowledges The Court's Directive Regarding Representation Of Other Individuals Or Entities. Plaintiff Does Not Seek To Act As Counsel Or Representative For Any Other Person. Instead, Plaintiff's Participation Is Grounded In His Own Constitutional And Statutory Interests, Consistent With Fed. R. Civ. P. 24. To The Extent The Court Construes Plaintiff's Filings As Seeking Participation Beyond His Own Claims, Plaintiff Respectfully Requests Recognition As An Intervenor Of Right Or, Alternatively, Permissive Intervenor, To Protect His Personal Interests Under U.S.C.A. Const. Amends. 1, 4, 5, 14;

Under 18 U.S.C. § 202 Et Seq, Including § 205, A Special Government Employee May Represent Another Person Only Where Congress Has Expressly Provided An Exception; The Movant Identifies No Such Authority. Accordingly, The Motion To Strike Must Or Shall Be Denied; "I am Not Filing For Others. I Am Asserting My Own Constitutional Rights.";

Petitioner Seeks Clarification That His Filings, Made Solely In His Own Name, Remain Valid And That His Participation As An Intervenor Is Proper To Protect His Individual Interests Affected By These Proceedings And Any Related Matters Before The Eighth District Court Of Appeals And The United States Court Of Appeals For The District Of Columbia Circuit To The Extent This Matter Concerns

Review Of FCC Action, Congress Has Vested Exclusive Jurisdiction In The D.C. Circuit Under 47 U.S.C. § 402(a)–(b);

Petitioner Further Invokes The Sustained Doctrines Of *Sherrick*, *Hampton*, *Jacobson*, *Schenck*, And *Russell* To Establish That Respondents Acted Beyond Lawful Authority And In Violation Of Constitutional Guarantees. Under *Sherrick*, Inspection And Investigatory Conduct Must Be Reasonable And Non-coercive; Any Confession Or Enforcement Derived From Unlawful Inspection Is Void.

1. Under *Hampton*, Agency Action Without Clear Congressional Delegation Is Ultra Vires And Subject To Mandamus Correction.
2. Under *Jacobson*, Invocation Of "Public Safety" Must Rest On Demonstrable Necessity, Not Speculative Harm.
3. Under *Schenck*, Enforcement That Penalizes Protected Expression Absent A Clear And Present Danger Violates The First Amendment.
4. Under *Russell*, Procedural Irregularity And Denial Of Fair Notice Constitute Due-Process Violations Warranting Mandamus Relief;

## **Compel Affirmative: IV. Hardship And Prejudice Affecting Jurisdiction:**

### A. Unified Hardship Framework

The petitioner invokes the doctrine of *severe hardship* as a composite showing of procedural, financial, and victim-rights prejudice. In this context, hardship is not confined to one statutory definition (such as "undue hardship" or "extreme hardship") but operates as a constitutional and equitable principle: when the cumulative burdens imposed by procedure, delay, or denial of standing render access to justice impracticable, the Court's jurisdiction is properly invoked to prevent manifest injustice;

### B. Victim-Rights Hardship

As a victim under Article I, Section 10a of the Ohio Constitution (Marsy's Law), the petitioner faces hardship distinct from ordinary litigants. The denial or delay of participation in appellate review constitutes a deprivation of rights guaranteed to victims — including notice, presence, and the right to be heard. This procedural


Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr 4029829 / CLJSZ

exclusion magnifies the hardship by converting a protected right into a barrier, thereby triggering the Court's supervisory jurisdiction to restore equilibrium;

## C. Procedural Hardship and Prejudice

Procedural hardship arises where the lower tribunal's actions or omissions create an inequitable procedural posture — such as denial of intervention, refusal to transmit the record, or failure to recognize standing. These procedural defects impose substantial prejudice, effectively foreclosing meaningful review. When combined with the victim-rights hardship, the prejudice becomes structural, warranting the Court's intervention under its constitutional authority to ensure fairness and due process;

## D. Conclusion

Taken together, these dimensions of hardship — financial, procedural, and constitutional — form a unified showing of *substantial hardship*. The petitioner does not seek leniency but recognition that the cumulative burdens have reached a threshold where justice itself is impaired. Under this unified hardship doctrine, the Supreme Court's jurisdiction is properly invoked to correct the imbalance and preserve the integrity of the appellate process;

Therefore, The Combined Effect Of These Doctrines Establishes A Constitutional Floor That Respondents Have Breached. Mandamus Is The Appropriate Remedy To Compel Lawful Performance, Restrain Excess Authority, And Restore Procedural And Substantive Regularity; The Court Should Evaluate The Totality Of The Circumstances In Determining Whether The Search Was Reasonable;

In Conclusion, The Lower Court's Decision Cannot Stand Because It Rests On Legal Error, Misapplication Of Governing Standards, And Findings Unsupported By The Record. The Appellant Has Demonstrated That The Court Exceeded Its Discretion, Failed To Apply Controlling Precedent, And Reached A Result Inconsistent With Statutory And Constitutional Requirements. Accordingly, The Appellant Respectfully Requests That This Court Reverse, Vacate, Or Remand The Judgment Below, And Restore The Proper Application Of Law; Reclaiming My Time Or Yield;

**Compel Affirmative Responsive Pleading**

COUNSEL'S CERTIFICATE

I hereby certify that I prepared the foregoing answer; that, in course of preparation thereof, I made, personally, a careful examination of the file of this case in the possession of the General Counsel for the Commissioner of Internal Revenue; that said answer specifically admits each and every allegation of fact of the petition which, from my knowledge or information of this case, I believe to be true; that each and every denial of fact in said answer made is based upon my belief that the allegation denied is in fact untrue, or else upon my own want of information, from said file or otherwise, sufficient to enable me to form a belief as to whether the allegation denied is in fact true or untrue; and that each and every affirmative allegation of fact made in said answer is believed by me to be true;

**Compel: Affirmative Request For Admission; Production Or Interrogatories; Certiorari; Certified Question Of Law; Dying Declarant Declaration; Living Will/ Medical Advance Directive Or Declaration Of Mental Health Treatment; Obstructing Justice Or Act Of Terrorism; Preliminary Injunction Or Dismiss For Failure To State A Claim Upon Relief; Any Or All Indictments; Commissioner Or Clerk Of Courts To Unseal Informative Answers & Reply; Disclosure Of Returns Or Return Information; Or Compel Good Cause Shown For Leave To Amend Or Extension Of Time; Memorandum In Support Of Jurisdiction Or Memoranda and Correspondence; Subpoena Duces Tecum Or In Camera; Written Deposition:**

★ Certiorari; Certified Question Of Law And Fact Or Request For Admission; Production Or Interrogatories:

18 U.S.C. § 1031 (Major Fraud Against the United States);

18 U.S.C. § 1001 (False Statements);

18 U.S.C. § 287 (False Claims);

18 U.S.C. § 371 (Conspiracy);

18 U.S.C. §§ 1341, 1343 (Mail and Wire Fraud);

41 U.S.C. §§ 8701-8707 (Anti-Kickback Act);

31 U.S.C. §§ 3729-3733 (False Claims Act);

★ Certiorari; Certified Question Of Law And Fact: "Whether the tribunal exceeded its jurisdiction, inter alia…"; "Respondent failed to perform its statutory duty, inter alia…"; "Respondent lacks lawful authority, inter alia…";

★ Certiorari; Certified Question Of Law And Fact: "he shall be separated"..."his appointment as a permanent warrant officer of the Regular service and any other appointment which he may hold in any warrant officer or commissioned officer grade shall be terminated"..."his appointment shall be terminated"..."at least three"..."more than three"..."The Secretary concerned may defer"..."may, in the discretion of the Secretary, be deferred"..."not more than"..."a period not to exceed"..."he would otherwise be required to be retired or separated under this section"..."retirement * * * would otherwise be required"..."determina tion of his"..."which is required", "possible", "proper",..."a period of"..."section 511 of the Career Compensation Act of 1949, as amended (70 Stat. 114)"..."section 311 of title 37."..."member has served"..."person has served"..."facility of the Department of Veterans Affairs"..."Veterans' Administration facility"..."The Secretary of Defense, in consultation with the Secretary of Veterans Affairs, shall modify the Certificate of Release or Discharge from Active Duty (DD Form 214) in order to permit a member of the Armed Forces, upon discharge or release from active duty in the Armed Forces, to elect that the DD–214 issued with regard to the member be forwarded to the following: "(1) The Central Office of the Department of Veterans Affairs in the District of Columbia. "(2) The appropriate office of the Department of Veterans Affairs for the State or other locality in which the member will first reside after such discharge or release."..."within one year"..."within three months"...EX. ORD. NO. 11498. DELEGATION OF AUTHORITY TO SECRETARY OF DEFENSE Ex. Ord. No. 11498, Dec. 1, 1969, 34 F.R. 19125, provided: By virtue of the authority vested in me by section 301 of title 3 of the United States Code, and as President of the United States, it is ordered that the Secretary of Defense is hereby

designated and empowered to approve regulations issued by the Secretaries concerned under section 1171 of title 10, United States Code, effective January 2, 1968, which relate to the early discharge of regular enlisted members of the armed forces. RICHARD NIXON…EX. ORD. NO. 11110; John F. Kennedy; Executive Order 14418: Continuing To Protect The Meaning And Value of American Citizenship;

★ Certiorari; Certified Question Of Law And Fact: ("The courts have never favored that portion of the rules which undertook to justify a motion of this kind for the purpose of aiding counsel in preparing his case for trial.")..."if he has made no motion,"..."until the trial on the merits."

★ Certiorari; Certified Question Of Law And Fact: "This appeal presents a substantial question under the Commerce Clause and federal communications law."

★ Certiorari; Certified Question Of Law And Fact: "that no State, without its Consent, shall be deprived of its equal suffrage in the Senate"...The exception in favor of the equality of suffrage in the Senate, was probably meant as a palladium to the residuary sovereignty of the States, implied and secured by that principle of representation in one branch of the legislature; and was probably insisted on by the States particularly attached to that equality"...partly federal, and partly national…the Great Compromise, under which one House was viewed as representing the people and the other the states, allayed the fears of both the large and small states…legislative power would be exercised only after opportunity for full study and debate in separate settings;

★ Certiorari; Certified Question Of Law And Fact: "the office of the state long-term care ombudsman program."

★ Certiorari; Certified Question Of Law And Fact: "he shall be separated"..."his appointment as a permanent warrant officer of the Regular service and any other appointment which he may hold in any warrant officer or commissioned officer grade shall be terminated"..."his appointment shall

be terminated"..."at least three"..."more than three"..."The Secretary concerned may defer"..."may, in the discretion of the Secretary, be deferred"..."not more than"..."a period not to exceed"..."he would otherwise be required to be retired or separated under this section"..."retirement * * * would otherwise be required"..."determina tion of his"..."which is required", "possible", "proper",..."a period of"..."section 511 of the Career Compensation Act of 1949, as amended (70 Stat. 114)"..."section 311 of title 37."..."member has served"..."person has served"..."facility of the Department of Veterans Affairs"..."Veterans' Administration facility"..."The Secretary of Defense, in consultation with the Secretary of Veterans Affairs, shall modify the Certificate of Release or Discharge from Active Duty (DD Form 214) in order to permit a member of the Armed Forces, upon discharge or release from active duty in the Armed Forces, to elect that the DD–214 issued with regard to the member be forwarded to the following: "(1) The Central Office of the Department of Veterans Affairs in the District of Columbia. "(2) The appropriate office of the Department of Veterans Affairs for the State or other locality in which the member will first reside after such discharge or release."..."within one year"..."within three months"...EX. ORD. NO. 11498. DELEGATION OF AUTHORITY TO SECRETARY OF DEFENSE Ex. Ord. No. 11498, Dec. 1, 1969, 34 F.R. 19125, provided: By virtue of the authority vested in me by section 301 of title 3 of the United States Code, and as President of the United States, it is ordered that the Secretary of Defense is hereby designated and empowered to approve regulations issued by the Secretaries concerned under section 1171 of title 10, United States Code, effective January 2, 1968, which relate to the early discharge of regular enlisted members of the armed forces. RICHARD NIXON…EX. ORD. NO. 11110; John F. Kennedy;

★ Certiorari; Certified Question Of Law And Fact: "chapter 11 of this title, the United States trustee shall appoint a committee of creditors holding unsecured claims and may appoint additional committees of creditors or of equity secu-rity holders as the United States trustee deems appro-priate" for "this chapter, the court shall appoint a committee of creditors holding unsecured claims" in par. (1) and "United States trustee" for "court" in

par.(2)..."On request of a party in interest and after notice and a hearing, the court may change the membership or the size of a committee appointed under subsection (a) of this section if the membership of such committee is not representative of the different kinds of claims or interests to be represented."...'An attorney or accountant" for "A person", substituted "entity having an adverse interest" for "entity",... substituted "determinations" for "recommendations", and "acceptances or rejections" for "acceptances"..."if a trustee or examiner, as the case may be, has not previously been appointed under this chapter in the case" after "section 1104 of this title"..."if grounds exist to convert or dismiss the case under section 1112, but the court determines that the appointment of a trustee or an examiner is in the best interests of creditors and the estate."..."the United States trustee, after consultation with parties in interest shall appoint, subject to the court's approval, one disinterested person other than the United States trustee to serve'..."the court shall appoint one disinterested person to serve"..."or the United States trustee"..."party in interest"..."estate and of the" "estate, and"..."perform the duties of a trustee specified in sections 704(2), 704(5), 704(7), 704(8), and 704(9) of this title;"...", except to the extent that the court orders otherwise,"..."(a)(1) Subject to paragraphs (2), (3), (4), and (5), and notwithstanding title 11 of the United States Code, the trustee shall pay benefits to retired former employees under a plan, fund, or program maintained or established by the debtor prior to filing a petition (through the purchase of insurance or otherwise) for the purpose of providing medical, surgical, or hospital care benefits, or benefits in the event of sickness, accident, disability, or death. "(2) The level of benefits required to be paid by this subsection may be modified prior to confirmation of a plan under section 1129 of such title if "(A) the trustee and an authorized representative of the former employees with respect to whom such benefits are payable agree to the modification of such benefit payments; or "(B) the court finds that a modification proposed by the trustee meets the standards of section 1113(b)(1)(A) of such title and the balance of the equities clearly favors the modification. If such benefits are covered by a collective bargaining agreement, the authorized representative shall be the labor organization that is signatory to such collective bargaining agreement unless there is a conflict of interest. "(3) The trustee shall pay benefits in

accordance with this subsection until "(A) the dismissal of the case involved; or "(B) the effective date of a plan confirmed under section 1129 of such title which provides for the continued payment after confirmation of the plan of all such benefits at the level established under paragraph (2) of this subsection, at any time prior to the confirmation of the plan, for the duration of the period the debtor (as defined in such title) has obligated itself to provide such benefits. "(4) No such benefits paid between the filing of a petition in a case covered by this section and the time a plan confirmed under section 1129 of such title with respect to such case becomes effective shall be deducted or offset from the amount allowed as claims for any benefits which remain unpaid, or from the amount to be paid under the plan with respect to such claims for unpaid benefits, whether such claims for unpaid benefits are based upon or arise from a right to future benefits or from any benefit not paid as a result of modifications allowed pursuant to this section. "(5) No claim for benefits covered by this section shall be limited by section 502(b)(7) of such title. "(b)(1) Notwithstanding any provision of title 11 of the United States Code, the trustee shall pay an allowable claim of any person for a benefit paid "(A) before the filing of the petition under title 11 of the United States Code; and "(B) directly or indirectly to a retired former employee under a plan, fund, or program described in subsection (a)(1); if, as determined by the court, such person is entitled to recover from such employee, or any provider of health care to such employee, directly or indirectly, the amount of such benefit for which such person receives no payment from the debtor. "(2) For purposes of paragraph (1), the term 'provider of health care' means a person who "(A) is the direct provider of health care (including a physician, dentist, nurse, podiatrist, optometrist, physician assistant, or ancillary personnel employed under the supervision of a physician); or "(B) administers a facility or institution (including a hospital, alcohol and drug abuse treatment facility, outpatient facility, or health maintenance organization) in which health care is provided. "(c) This section is effective with respect to cases commenced under chapter 11, of title 11, United States Code, in which a plan for reorganization has not been confirmed by the court and in which any such benefit is still being paid on October 2, 1986, and in cases that become subject to chapter 11, title 11, United States Code, after October 2, 1986 and

before the date of the enactment of the Retiree Benefits Bankruptcy Protection Act of 1988 [June 16, 1988]. "(d) This section shall not apply during any period in which a case is subject to chapter 7, title 11, United States Code."..."on a trustee serving in a case" for "on a trustee"...",on request of a party in interest and after notice and a hearing,"..."other insurance policies."..."meaningful settlement negotiations immediately."..."continuous"..."under prevailing law, plaintiff's claim qualifies as a single occurrence, and, even under a continuous trigger, the insured is entitled only to the limits of a single policy; i.e. $250,000 per person for bodily injury."..."other insurance"...("Park–Ohio suit")..."other insurance"..."waived" Pennsylvania General's right to contribution…"it should have made certain the other insurers were notified before the DiStefano suit was settled"..."no equitable reasons for this court to endorse that failure,"..."all sums"..."the insured is entitled to secure coverage from a single policy of its choice that covers 'all sums' incurred as damages 'during the policy period,'subject to that policy's limits of coverage. In such an instance, the insurers bear the burden of obtaining contribution from other applicable primary insurance policies as they deem necessary."..."This approach promotes economy for the insured while still permitting insurers to seek contribution from other responsible parties when possible."..."one who is compelled to pay or satisfy the whole to bear more than his or her just share of a common burden or obligation, upon which several persons are equally liable * * * is entitled to contribution against the others to obtain from them payment of their respective shares."..."rests upon the broad principle of justice, that where one has discharged a debt or obligation which others were equally bound with him to discharge, and thus removed a common burden, the others who have received a benefit ought in conscience to refund to him a ratable proportion."..."cannot be determined by any [fixed] rule, but depends upon the peculiar facts and equitable considerations of each case."..."[c]ontribution rights, if any, between two or more insurance companies insuring the same event are not based on the law of contracts. This follows from basic common sense, because the contracts entered into are formed between the insurer and the insured, not between two insurance companies. Accordingly, whatever rights the insurers have against one another do not arise from contractual undertakings. * * * Instead, whatever

obligations or rights to contribution may exist between two or more insurers of the same event flow from equitable principles."..."waive"..."other insurance"..."an unwieldy spectacle"..."dangerous multi-million dollar exposure";

★ Certiorari; Certified Question Of Law And Fact: "Act of terrorism";

★ Certiorari; Certified Question Of Law And Fact:"all sums" approach";

★ Certiorari; Certified Question Of Law And Fact: "final"..."promote safe flight of civil aircraft by prescribing regulations and minimum standards for practices, methods, and procedures."..."prescribe minimum safety standards for ... operating an airport serving any passenger ... aircraft designed for at least 31 passenger seats," 49 U.S.C. § 44701(b), and directs the agency to "promote safe flight of civil aircraft ... by prescribing ... regulations and minimum standards for … practices, methods, and procedure[s] the [agency] finds necessary for safety in air commerce," id. § 44701(a). Invoking this authority, the FAA issues "advisory circulars"..."virtually every public use airport,"..."adjustable products."..."fixed products."..."bases that utilize a method of height adjustment that is integral to the base or extension and are designed for field adjustment."..."person disclosing a substantial interest in an order issued by the ... Federal Aviation Administration with respect to aviation duties and powers designated to be carried out by the [agency] ... [to] apply for review of the order by filing a petition for review in the United States Court of Appeals for the District of Columbia Circuit."...The FAA argues that we lack jurisdiction to hear this case for four independent *598 **71 reasons: (1) AC–42F is not an "order"..."order"..."the whole or a part of a final disposition ... of an agency in a matter other than rulemaking."..."final"...disposition "must mark the 'consummation' of the agency's decisionmaking process,"..."must determine 'rights or obligations' or give rise to 'legal consequences.'..."the term 'order' in [section 46110] should be read expansively."..."neither imposes a legal obligation upon any person nor creates any legal rights."..."if a manufacturer's equipment does not meet AC–42F's specifications, it cannot be"...("[T]his case concerns nothing more than the issuance of advisory warnings and the FAA's refusal

to withdraw the warnings.")..."be accompanied by a record sufficient to permit judicial review,"..."It is the availability of a record for review and not the holding of a quasi[-]judicial hearing which is now the jurisdictional touchstone."..."this court held that it had no jurisdiction over direct appeals from the promulgation of agency regulations where there had not been an evidentiary record established in a quasi[-]judicial proceeding before theagency."..."the reviewing [circuit] court [lacks] an adequate agency-compiled factual basis to evaluate the agency action"..."a district court with factfinding powers [that] could make up that deficiency,"..."[T]he focal point for judicial review should be the administrative record already in existence, not some new record made initially in the reviewing court."..."mark the consummation of the agency's decisionmaking process"..."the presence of an administrative record is not required for § 46110 to apply."..."includes all the documents upon which the agency relied."..."cannot reflect the entirety of the information and experience that the agency brought to bear in issuing the Circular,"..."To establish prudential standing, a party's 'grievance must arguably fall within the zone of interests protected or regulated by the statutory provision ... invoked in the suit.'"...is: "who may and who may not invoke the power of the courts to enforce the terms of a statute[?]"..."a person disclosing a substantial interest in an order issued by the ... Federal Aviation Administration with respect to aviation duties and powers designated to be carried out by the Administrator ... may apply for review of the order."..."interest is 'arguably' one regulated or protected by 'the statutory provision at issue.' "..."managerial discretion," and that judicial review of advisory circulars would greatly tax the agency's resources. All three arguments lack merit…"[i]f no 'judicially manageable standard' exists by which to judge the agency's action, meaningful judicial review is impossible and the courts are without jurisdiction to review that action."..."(b) … prescribe minimum safety standards for ... (2) operating an airport serving any passenger ... aircraft designed for at least 31 passenger seats,"..."(a) … promote safe flight of civil aircraft ... by prescribing ... (5) regulations and minimum standards for ... practices, methods, and procedure[s] the [agency] finds necessary for safety in air commerce."..."excuse a failure to file within three years ... if it finds it to be in the interest of justice."... "in the interest of justice" provides a judicially

manageable standard, then "necessary for safety"..."provide[d] adequate protection to the health and safety of the public"..."strong presumption of reviewability."..."judicial review of a final agency action by an aggrieved person will not be cut off unless there is persuasive reason to believe that such was the purpose of Congress."..."Because of this presumption favoring judicial review, we require 'clear and convincing evidence of a legislative intention' to bar such review."..."person disclosing a substantial interest in [them]."..."reflects the FAA's managerial choice, one not susceptible to judicial review."..."basic presumption of judicial review [for] one 'suffering legal wrong because of agency action,' "..."managerial choice"..."disruptive to the [FAA's] operations,"..."may allow the petition to be filed after the 60th day ... if there are reasonable grounds for not filing by the 60th day."..."reasonable grounds"..."told the industry ...: 'Ignore Advisory Circular 42E.' "..."a significant uproar in the industry,"..."As a result,"..."the FAA told industry virtually immediately: 'You're right.... We're going to issue a new draft, a draft F." Id. at 3:34. Based on these representations, and hoping to avoid litigation, the company decided to "wait and see if the FAA [would] address [ ] the issues [Safe Extensions] had with 42E"..."I cannot believe that there was any dialogue in which the FAA told the industry that it need not comply with 42E,"..."I've talked to the responsible FAA officials on this, and if there had been some informal undertaking to reexamine this issue, I am confident that they would have told me about it,"...him "to basically ignore AC–42E because [it] would be eliminated and replaced with [AC–42F],"..."forget about AC–42E because the FAA was currently revising AC–42E and that it would become [AC–42F]."...he "expressed [his] concerns to [the FAA] about how AC–42E dealt with [adjustable products],"... "that [he] should wait until AC–42F comes out because the FAA was currently revising AC–42E."..."failed to provide any rational basis for refusing to revise the Advisory Circular,"...it "would reconsider the torque testing standards for [runway] light bases in connection with a revision of Circular 42–E,"..."[a]ware that the rule might be undergoing modification[ ] and unable to predict how extensive any modification would be,"..."elected to wait until the regulation was in final form before seeking review."..."Any delay simply served properly to exhaust petitioners' administrative remedies, and to conserve the resources of both the litigants

and this court."..."arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law."..."Under this standard, we 'may reverse only if the agency's decision is not supported by substantial evidence, or the agency has made a clear error in judgment.' "...(FAA "[f]indings of fact ..., if supported by substantial evidence, are conclusive.")..."informal adjudications"..."it is impossible to conceive of a 'nonarbitrary' factual judgment supported only by evidence that is not substantial in the APA sense."..."substantial evidence [must] be found within the record of closed-record proceedings,"..."extensive experience with [f]ixed [p]roducts,"..."[a]djustable [p]roducts are relatively new,"... "FAA's determination to subject the newer product to more rigorous laboratory tests."..."declaration of fact that is capable of exact proof but is unsupported by any evidence"..."are configured with anti-rotational devices as part of their design,"..."lack this feature."..."depend on chemical bonding"..."to maintain their stability."..."it was appropriate ... to guard against the heightened risk posed by improper installation ... by requiring more rigorous laboratory testing."..."Fixed ... bases and extensions have anti-rotational devices inherent to the physical structure of the device itself....Adjustable height extensions in known currently available designs have no physical features inherent to the device itself to prevent rotation...."..."includes all the documents upon which the agency relied."..."[a]n agency's unsupported assertion does not amount to substantial evidence."..."not aware of any field related issues with";

★ Certiorari; Certified Question Of Law And Fact: "non-trivial likelihood"..."without prejudice to refiling in the event of significant additional delay."..."dial—up"..."establish reciprocal compensation arrangements for the transport and termination of telecommunications."..."[w]hen a customer of carrier A makes a local call to a customer of carrier B, and carrier B uses its facilities to connect, or 'terminate,' that call to its own customer, the 'originating' carrier A is ordinarily required to compensate the 'terminating' carrier B for the use of carrier B's facilities."..."reciprocal compensation arrangements"..."apply only to traffic that originates and terminates within a local area."...("Declaratory Ruling")...("ISP Remand Order")..."provide an

explanation **123 *852 why th[e] [end-to-end] inquiry is relevant to discerning whether a call to an ISP should fit within the local call model ... or the long-distance model."..."exchange access, information access, and exchange services for such access,"..."information access."..."to establish an appropriate cost recovery mechanism for delivery of this [ISP-bound] traffic."..."the existing intercarrier compensation mechanism ..., in which the originating carrier pays the carrier that serves the ISP, has created opportunities for regulatory arbitrage and distorted the economic incentives related to competitive entry into the local exchange and exchange access markets."..."bill-and-keep"...("NPRM")..."neither of two interconnecting networks charges the other for terminating traffic that originates on the other network. Instead, each network recovers [its costs] from its own end-users."..."prudent **124 *853 not to switch immediately "to a new compensation regime that would upset the legitimate business expectations of carriers and their customers."..."an interim intercarrier compensation regime for ISP-bound traffic that serves to limit, if not end, the opportunity for regulatory arbitrage, while avoiding a market-disruptive 'flash cut' to a pure bill and keep regime."..."will govern intercarrier compensation for ISP-bound traffic until we have resolved the issues raised in the intercarrier compensation NPRM."..."a three-year interim intercarrier compensation mechanism for the exchange of ISP-bound traffic."..."rate caps,"..."mirroring rule,"..."growth caps,"..."new markets rule," which denies intercarrier compensation for ISP-bound traffic in markets where the carrier was "not exchanging traffic pursuant to [an] interconnection agreement[ ] prior to adoption"..."Because that section is worded simply as a transitional device,"..."does not provide a basis for the Commission's action."..."address petitioners' attacks on various interim provisions devised by the Commission."..."well be other legal bases for adopting the rules chosen by the Commission for compensation between the originating and the terminating LECs in calls to ISPs,"..."forbear from applying any regulation or any provision"..."Commission staff recently completed and forwarded to the Chairman of the FCC a draft order addressing the WorldCom remand."..."not as long as the egregious delays that historically have been found to warrant mandamus relief."..."When this Court has found the mandamus remedy to be appropriate," the FCC stated, "it generally has

been confronted with delays of at least three years."..."of its progress in responding to the remand in WorldCom."..."Further Notice of Proposed Rulemaking [FNPRM] in the Intercarrier Compensation docket in which it has been seeking, among other things, to adopt permanent rules to succeed the interim intercarrier compensation regime for Internet-bound traffic that this Court reviewed in WorldCom, Inc. v. FCC."..."without prejudice to refiling in the event of significant additional delay."..."compel agency action unlawfully withheld or unreasonably delayed,"..."starts from the premise that issuance of the writ is an extraordinary remedy, reserved only for the most transparent violations of a clear duty to act."..."clear duty"..."In the case of agency inaction,"..."we not only must satisfy ourselves that there indeed exists such a duty, but that the agency has 'unreasonably delayed' the contemplated action."..."a claim of unreasonable delay"..."whether the agency's delay is so egregious as to warrant mandamus."...mandamus."...("TRAC"),..."There is no per se rule as to how long is too long to wait for agency action."..."ironclad,"..."useful guidance in assessing claims of agency delay."..."the time agencies take to make decisions must be governed by a 'rule of reason.' "..."find any impropriety lurking behind agency lassitude in order to hold that agency action is 'unreasonably delayed.' "..."prevent the frustration of orders previously issued."..."[b]ecause the statutory obligation of a Court of Appeals to review on the merits may be defeated by an agency that fails to resolve disputes, a Circuit Court may resolve claims of unreasonable delay in order to protect its future jurisdiction."..."[T]he primary purpose of the writ in circumstances like these is to ensure that an agency does not thwart [the court's] jurisdiction by withholding a reviewable decision."..."our inherent power to construe the mandate of our earlier decision,"..."question whether PEPCO's right to a timely decision from the Commission ha [d] been violated."...that "[a]gain and again the Commission has promised to expedite this matter, but without delivering,"..."[w]ithout a clear explanation for the rules, the court is not in a position to review whether they continue to serve the public interest."..."Accordingly, rather than enjoining enforcement of existing rules that the FCC might be able to justify,"..."remand[ed] the case for the FCC to further explain its decision not to repeal or modify them."...court "in a position to test the FCC's rationale"...should "a further challenge be made to

the FCC's decision on remand."..."not responsive to the court's remand."..."simply ha[d] the effect of further postponing a final decision by the Commission."..."[t]he court has afforded repeated opportunities for the Commission to take final action,"...that "[d]espite its filings suggesting to the court that something would happen, the Commission, once again, has done nothing to cure the deficiencies of which it has been long aware,"..."a writ of mandamus directing the Commission immediately to repeal the personal attack and political editorial rules."..."the time agencies take to make decisions must be governed by a 'rule of reason.' "..."rule of reason"..."nothing less than egregious."..."prejudiced by delay."..."result in rates 300–400% lower than other § 251(b) (5) intercarrier compensation **129 *858 rates."..." [i]ncreasingly, end users are not using dial-up connections to connect to the Internet, but, rather, cable modem, DSL, and other broadband platforms."..."in which it is considering comprehensive, industry-wide reforms to the system of intercarrier compensation."..."[T]his broad rulemaking,"..."will, among other things, address the issues raised by this Court's remand in WorldCom, Inc. v. FCC."..."three-year"..."Commission staff recently completed and forwarded to the Chairman of the FCC a draft order addressing the WorldCom remand."..."Further Notice of Proposed Rulemaking in the Intercarrier Compensation docket in which it has been seeking, among other things, to adopt permanent rules to succeed the interim intercarrier compensation regime for Internet-bound traffic that this Court reviewed in WorldCom, Inc. v. FCC."..."In this proceeding, the Commission hopes to address the compensation regime for all types of traffic, including ISP-bound traffic."..."without prejudice to refiling in the event of significant additional delay."..."significant additional delay"..." 'a crucial first step' toward 'comprehensive reform' not only of Universal Service but also of intercarrier compensation,"..."Now that the Commission has capped payments from the fund, the Commission can 'move forward expeditiously on comprehensive reform' of intercarrier compensation."..."comprehensive reform of high-cost universal service support."..."first step,"..."crucial"..."the Chairman fully intends to do everything he can to respond to the WorldCom remand within six months."..."achieve broad-based comprehensive intercarrier compensation reform within six months,"...and "WorldCom

would be part of that."..."everything he can"..."administrative keep-away."...of "comprehensive procedures": "[T]here must be some limit to the time tariffs unjustified under the law can remain in effect.... Otherwise, the regulatory scheme Congress has crafted becomes anarchic...."..."acutely aware of the limits of our institutional competence in [a] highly technical area,"..."interfere with the agency's internal processes,"...("[A]n administrative agency's power to regulate … must always be grounded in a valid grant of authority from Congress.")..."deemed granted"..."shall be deemed granted if the Commission does not deny"..."no other adequate means to attain the relief [it] desires,"..."from applying"..."the FCC has enforced an ultra vires compensation regime since 2001."...a "very complex question ... which I can't really speak to."..."deemed granted"..."set aside"..."in excess of statutory jurisdiction, authority, or limitations, or short of statutory right");..."non-trivial likelihood"..."serious possibility that the Commission will be able to substantiate its decision on remand,"...("A remand-only disposition is, in effect, an indefinite stay of the effectiveness of the court's decision and agencies naturally treat it as such.");..."extraordinary remedy"..."vacated automatically"..."complet[ion of] the new rule-making process within 120 days of the issuance of this opinion");..."a motion to delay issuance of the mandate");...("It is easy to forget that when we vacate and remand, as we are doing here, there will be a safety valve. The agency, and any intervenors on its side, will have the opportunity to file post-decision motions demonstrating why an unlawful order or rule should remain in place during proceedings on remand.")..."the Commission were to forbear from the rate regulation preserved by section 251(g), there would be no rate regulation governing the exchange of traffic currently subject to the access charge regime."...("[T]he statutory commitment of review of FCC action to the Court of Appeals, read in conjunction with the All Writs Act, affords this court jurisdiction over claims of unreasonable Commission delay."...("Congress has instructed statutory review courts to compel agency action that has been unreasonably delayed. 5 U.S.C. § 706(1).");...("The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law.")..."the FCC need act

expeditiously,"...("[O]ur remand in the earlier appeal to this court implicitly included the understanding that the Commission would respond to our mandate in a timely manner.");..."it shall be the duty of the Commission ... to forthwith give effect "..."forbear from applying any regulation or any provision [of the Act] ...to a telecommunications carrier or telecommunications service";

★ Certiorari; Certified Question Of Law And Fact: "The judicial council of a circuit may establish a bank-ruptcy appellate panel, comprised of bankruptcy judges from districts within the circuit, to hear and deter-mine, upon the consent of all the parties, appeals under subsection (a) of this section.";

★ Certiorari; Certified Question Of Law And Fact: "No appeal may be referred to a panel under this subsection unless the district judges for the district, by majority vote, authorize such referral of appeals origi-nating within the district."

★ Certiorari; Certified Question Of Law And Fact: "A panel established under this section shall consist of three bankruptcy judges, provided a bankruptcy judge may not hear an appeal originating within a district for which the judge is appointed or designated under section 152 of this title.";

★ Certiorari; Certified Question Of Law And Fact Or Request For Admission: If A Contract Interpretation Destroys The Main "Principal Purpose", Should Courts Reject The Liberty Clause?;

★ Certiorari; Certified Question Of Law And Fact: "Congress Shall Make No Law Respecting An Establishment Of Religion, Or Prohibiting The Free Exercise Thereof; Or Abridging The Freedom Of Speech, Or Of The Press, Or The Right Of The People Peaceably To Assemble, And To Petition The Government For Redress Of Grievances.";

★ Certiorari; Certified Question Of Law And Fact: "It is the duty of the Judicial Department to say what the law is. Those who apply the rule to

particular cases must, of necessity, expound and interpret that rule. If two laws conflict with each other, the Courts must decide on the operation of each.";

★ Certiorari; Certified Question Of Law And Fact: "An opinion ought not to be an expression of mere will; it ought to be the effort of reason to discover justice.";

★ Certiorari; Certified Question Of Law And Fact: "Were designed to be an intermediate body between the people and their legislature";

★ Certiorari; Certified Question Of Law And Fact: "I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel.";

★ Certiorari; Certified Question Of Law And Fact: "Nor does this conclusion by any means suppose a superiority of the judicial to the legislative power. It only supposed that the power of the people is superior to both; and that where the will of the legislature, declared in its statutes, stands in opposition to that of the people, declared in the Constitution, the judges ought to be governed by the latter rather than the former. They ought to regulate their decisions by the fundamental laws, rather than by those which are not fundamental.";

★ Certiorari; Certified Question Of Law And Fact: "An opinion ought to be as plain as you can make it and, above all, not accusatory.";

★ Certiorari; Certified Question Of Law And Fact: "Finally, the instruction defining bias was erroneous as a matter of law. Since this was a crucial element for the plaintiff's claim and an explanatory instruction, the abuse of discretion standard does not apply. Therefore, you can reverse the judgment below as a matter of law and are not required to defer to the jury's findings.";

★ Certiorari; Certified Question Of Law And Fact: "Deprivation Of Any Rights, Privileges, Or Immunities Secured By The Constitution And [Federal Laws]."?;

★ Certiorari; Certified Question Of Law And Fact: "Passing On"?;

★ Certiorari; Certified Question Of Law And Fact: "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."?;

★ Request For Admission: Is There A Unjustified Deviation Contract Or Debt Owed To You, By Vacancy Payments Or Welfare Rent?;

★ Request For Admission Or Certiorari; Certified Question Of Law And Fact: "Where Any Particular Provisions Of This HAP Contract Differ From Or Conflict With The MTW Activities... The Provisions Of The MTW Operations Notice And The Approved MTW Supplement... Shall Supersede Any Conflicting Or Differing HAP Contract Language."?;

★ Certiorari; Certified Question Of Law And Fact: "No Self-Created Necessity"?;

★ Request For Admission: Are You A Self-Proclaimed Victim Or Unlawful Dissemination?;

★ Request For Admission: Do The State Or Government Paramount Interest Or Right Of Way, Outweigh "Legitimate Subjective Expectation Of Privacy"?;

★ Request For Admission: Should Attorney Or Accountant Client Privilege Be Applicable To Discovery By "Legitimate Subjective Expectation Of Privacy" Or "Work"?;

★ Request For Admission Or Certiorari; Certified Question Of Law And Fact: Do You Believe In Anarchy?;

★ Request For Admission Or Certiorari; Certified Question Of Law And Fact: Do You Belong To Any Organization Or Association Which Advocates Anarchy Or The Overthrow Of The United States Government?;

★ Request For Admission Or Certiorari; Certified Question Of Law And Fact: "Shouting Fire In A Crowded Theater";

★ Certiorari; Certified Question Of Law And Fact: "A Clear And Present Danger";

★ Certiorari; Certified Question Of Law And Fact: "Legitimate Expectation Of Privacy" That Has Been Invaded By Government Action?;

★ Certiorari; Certified Question Of Law And Fact: "Exhibited An Actual Subjective Expectation Of Privacy"?;

★ Certiorari; Certified Question Of Law And Fact; Request For Production Or Interrogatories: "Constitutional Need For Production Of Relevant Evidence In A Criminal Proceeding.";

★ Certiorari; Certified Question Of Law And Fact; Request For Production Or Interrogatories: Certificate Of The Debtor's Completion Of The Course;

★ Certiorari; Certified Question Of Law And Fact; Request For Production Or Interrogatories: Question Of Value Of Property?;

★ Certiorari; Certified Question Of Law And Fact:'It Is His (Ware's) Further Theory That He Was Induced By The Fear Of Violence At The Hands Of A Mob And By Fear Of The Officers Of The Law To Confess His Guilt Of The Crime Charged Against Him, But That Such Confession Was False And That He Had Nothing Whatsoever To Do With, And No Knowledge Of The Alleged Crime. If You Believe The Theory Of The Defendant, Ware, * * * It Is Your Duty To Acquit Him.'?;

★ Request For Production Or Interrogatories: Who Elected Or Appointed You To Hold Office?;

★ Certiorari; Certified Question Of Law And Fact: "Lessor agrees not to permit the sale of liquor, alcoholic beverages, cordials, wines and beers by the glass (except bowling alley operating under a D-1 permit) by any other tenant in the shopping center, so long as it remains in its present size. In the event lessor shall increase the size of the shopping center by erecting more stores, and lessor may deem it advisable to add one more establishment for the sale of liquor, then lessee shall be given the first option to lease at the same price and terms as may be offered to others.";

★ Certiorari; Certified Question Of Law And Fact: Petitioner Right To A Timely Decision From The Commission Had Been Violated?;

★ Certiorari; Certified Question Of Law: And Fact: Of Gift Taxation Or Separation Of Power?;

★ Certiorari; Certified Question Of Law And Fact: Was the inspection lawful, proportionate, and supported by factual predicate?;

★ Certiorari; Certified Question Of Law And Fact: Did Congress delegate inspection power with an intelligible principle?;

★ Certiorari; Certified Question Of Law And Fact: Is the inspection justified by public safety or technical compliance?;

★ Certiorari; Certified Question Of Law And Fact: Was emergency authority properly invoked?;

★ Certiorari; Certified Question Of Law And Fact: Did the agency induce or manufacture noncompliance?;

★ Certiorari; Certified Question Of Law And Fact: Have The Points Of Error Been Properly Preserved?;

★ Certiorari; Certified Question Of Law And Fact; Request For Production Or Interrogatories: The Copy Of The Court's Opinion; Or Copy Of The Release After Judgment Of Conviction; Electronically Stored Information; Or Other Tangible Items For Inspection; Financial Records; Contracts Or Lease; Emails; Photographs; Certified Copy Of The Docket; Catch-UP Or All Sums Approach, U.S. Or States Remanded Cases Or Videos;

★ Request For Production Or Interrogatories: List All Insurance Policies;

★ Certiorari; Certified Question Of Law And Fact; Request For Production Or Interrogatories: List All Persons Competent Under Oath Or Affirmation To Testify Of Former Testimony Truthfully;

★ Certiorari; Certified Question Of Law And Fact: Involves A Controlling Question Of Law As To Which There Is Substantial Ground For Difference Of Opinion And That An Immediate Appeal From The Order May Materially Advance The Ultimate Termination Of The Litigation?;

★ Certiorari; Certified Question Of Law And Fact: Mandamus is appropriate where: (1) Petitioner has a clear and indisputable right to relief; (2) Respondent has a plainly defined and nondiscretionary duty; (3) No adequate alternative remedy exists?;

★ Certiorari; Certified Question Of Law And Fact: 'It (the state) cannot reasonably be required to defer the adoption of measures for its own peace and safety until the revolutionary utterances lead to actual disturbances of the public peace or imminent and immediate danger of its own destruction; but it may, in the exercise of its judgment, suppress the threatened danger in its incipiency. * * * 'Manifestly, the legislature has authority to forbid the advocacy of a doctrine designed and intended to overthrow the government, without waiting until there is a present and imminent danger of the success of the plan advocated. If the State were compelled to wait until the apprehended danger became certain, then its right to protect itself would come into being simultaneously with the

overthrow of the government, when there would be neither prosecuting officers nor courts for the enforcement of the law."?;

★ Certiorari; Certified Question Of Law And Fact: 'It is immaterial whether the authority of the state was in danger of being subverted or that an insurrection actually occurred or was impending.' 'Force must have been contemplated, but * * * the statute does not include either its occurrence or its imminence as an ingredient of the particular offense charged.' It would not be 'necessary to guilt that the alleged offender should have intended that an insurrection should follow instantly or at any given time, but it would be sufficient that he intended it to happen at any time, as a result of his influence, by those whom he sought to incite.' On the motion for a rehearing the Georgia court repelled with a little heat the argument of counsel that these words were to be taken literally, without 'the usual reasonable implications.' 'The phrase 'at any time' as criticized in the motion for rehearing was not intended to mean at any time in the indefinite future, or at any possible later time, however remote.' 'On the contrary, the phrase 'at any time' was necessarily intended, and should *454 have been understood, to mean within a reasonable time; that is, within such time as one's persuasion or other adopted means might reasonably be expected to be directly operative in causing an insurrection.' 'Under the statute as thus interpreted, we say, as before, that the evidence was sufficient to authorize the conviction.';

★ Certiorari; Certified Question Of Law And Fact: 'It was the intention of this law to arrest at its incipiency any effort to overthrow the state *446 government, where it takes the form of an actual attempt to incite others to insurrection.' The phrase 'at any time' is not found in the foregoing excerpt from the Carr Case, but it is there in effect, when the phrase is given the meaning disclosed by the context, as that meaning is pointed out by the court below in its opinion denying the motion for a rehearing (179 Ga. 597, 600, 176 S.E. 620, 622), when it said that the phrase was necessarily intended to mean within a reasonable time—'that is, within such time as one's persuasion or other adopted means might reasonably be expected to be directly operative in causing an insurrection.';


Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr. 4029829 / CLJSZ

★ Certiorari; Certified Question Of Law And Fact: ‘s 56. Any attempt, by persuasion or otherwise, to induce others to join in any combined resistance to the lawful authority of the State shall constitute an attempt to incite insurrection.’...‘Insurrection’ is defined by the preceding section. ‘s 55. Insurrection shall consist in any combined resistance to the lawful authority of the State, with intent to the denial thereof, when the same is manifested, or intended to be manifested, by acts of violence.’;

★ Certiorari; Certified Question Of Law And Fact: s 58. If any person shall bring, introduce, print, or circulate, or cause to be introduced, circulated, or printed, or aid or assist, or be in any manner instrumental in bringing, introducing, circulating, or printing within this State any paper, pamphlet, circular, or any writing, for the purpose of inciting insurrection, riot, conspiracy, or resistance against the lawful authority of the State, or against the lives of the inhabitants thereof, or any part of them, he shall be punished by confinement in the penitentiary for not less than five nor longer than twenty years.;

★ Certiorari; Certified Question Of Law And Fact: "appellate jurisdiction" is to be taken in its largest sense, and implies in its nature the right of superintending the inferior tribunals.;

★ Certiorari; Certified Question Of Law And Fact: "the case of midnight judges";

★ Certiorari; Certified Question Of Law And Fact:"no bill of attainder or *ex post facto* law shall be passed.";

★ Certiorari; Certified Question Of Law And Fact: "to do a particular thing therein specified, which appertains to his office and duty and which the court has previously determined, or at least supposes, to be consonant to right and justice.";

★ Certiorari; Certified Question Of Law And Fact:"no tax or duty shall be laid on articles exported from any state.";

★ Certiorari; Certified Question Of Law And Fact: "Whenever," says that very able judge, "there is a right to execute an office, perform a service, or exercise a franchise (more especially if it be in a matter of public concern, or attended with profit) and a person is kept out of possession, or dispossessed of such right, and [1 Cranch 169] has no other specific legal remedy, this court ought to assist by mandamus, upon reasons of justice, as the writ expresses, and upon reasons of public policy, to preserve peace, order and good government." In the same case he says, "this writ ought to be used upon all occasions where the law has established no specific remedy, and where in justice and good government there ought to be one.";

★ Certiorari; Certified Question Of Law And Fact: "this writ ought to be used upon all occasions where the law has established no specific remedy, and where injustice and good government there ought to be one.";

★ Certiorari; Certified Question Of Law And Fact: "the Constitution ought to be preferred to the statute, the intention of the people to the intention of their agents.";

★ Certiorari; Certified Question Of Law And Fact: "the cases warranted by the principles and usages of law.";

★ Certiorari; Certified Question Of Law And Fact: "in cases warranted by the principles and usages of law, *to any person holding offices under the authority of the United States.";*

★ Certiorari; Certified Question Of Law And Fact: *The particular phraseology of the Constitution...confirms and strengthens the principle...that a law repugnant to the Constitution is void, and that courts, as well as other departments, are bound by that instrument.";*


Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr 4029829 / CLJSZ

★ Certiorari; Certified Question Of Law And Fact: "a command issuing in the king's name from the court of king's bench, and directed to any *person,* corporation or inferior court, requiring them to do some particular thing therein specified, *which appertains to their office and duty,* and which the court has previously determined, or at least supposes, to be consonant to right and justice. It is a writ of a most extensively remedial nature, and issues in all cases where the party has a right to have any thing done, *and has no other specific means of compelling its performance.";*

★ Certiorari; Certified Question Of Law And Fact: "the supreme court shall have original jurisdiction in all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party. In all other cases, the supreme court shall have appellate jurisdiction.";

★ Certiorari; Certified Question Of Law And Fact: "I am next to consider such injuries as are cognizable by the courts of the common law. And herein I shall for the present only remark, that all possible injuries whatsoever, that did not fall within the exclusive cognizance of either the ecclesiastical, military, or maritime tribunals, are for that very reason, within the cognizance of the common law courts of justice; for it is a settled and invariable principle in the laws of England, that every right, when withheld, must have a remedy, and every injury its proper redress.";

★ Certiorari; Certified Question Of Law And Fact: *"An act concerning the district of Columbia,";*

★ Certiorari; Certified Question Of Law And Fact: *"that there shall be appointed in and for each of the said counties, such number of discreet persons to be justices of the peace as the president of the United States shall, from time to time, think expedient, to continue in office for five years. [1 Cranch 163] "In all other cases," he says, "it is a general and indisputable rule, that where there is a legal right, there is also a legal remedy by suit or action at law, whenever that right is invaded.";*


Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr 4029829 / CLJSZ

★ Certiorari; Certified Question Of Law And Fact: "The supreme court shall also have appellate jurisdiction from the circuit courts, and courts of the several states, in the cases herein after specially provided for; and shall have power to issue writs of prohibition to the district courts, when proceeding as courts of admiralty and maritime jurisdiction; and writs of *mandamus,* in cases warranted by the principles and usages of law, to any courts appointed, or *persons holding office,* under the authority of the United States.";

★ Certiorari; Certified Question Of Law And Fact: "In all other cases," he says, "it is a general and indisputable rule, that where there is a legal right, there is also a legal remedy by suit or action at law, whenever that right is invaded.";

★ Certiorari; Certified Question Of Law And Fact: "that there shall be appointed in and for each of the said counties, such number of discreet persons to be justices of the peace as the president of the United States shall, from time to time, think expedient, to continue in office for five years.;

★ Certiorari; Certified Question Of Law And Fact: "he shall commission all the officers of the United States.";

★ Certiorari; Certified Question Of Law And Fact: "the president shall nominate, and, by and with the advice and consent of the senate, shall appoint ambassadors, other public ministers and consuls, and all other officers of the United States, whose appointments are not otherwise provided for.";

★ Certiorari; Certified Question Of Law And Fact: "to make out and record, and affix the said seal to all civil commissions to officers of the United States, to be appointed by the President, by and with the consent of the senate, or by the President alone; provided that the said seal shall not be affixed to any commission before the same shall have been signed by the President of the United States.";

★ Certiorari; Certified Question Of Law And Fact: "I am next to consider such injuries as are cognizable by the courts of the common law. And herein I

shall for the present only remark, that all possible injuries whatsoever, that did not fall within the exclusive cognizance of either the ecclesiastical, military, or maritime tribunals, are for that very reason, within the cognizance of the common law courts of justice; for it is a settled and invariable principle in the laws of England, that every right, when withheld, must have a remedy, and every injury its proper redress.";

★ Certiorari; Certified Question Of Law And Fact: " but injuries to the rights of property can scarcely be committed by the crown without the intervention of its officers; for whom, the law, in matters of right, entertains no respect or delicacy; but furnishes various methods of detecting the errors and misconduct of those agents, by whom the king has been deceived and induced to do a temporary injustice.";

★ Certiorari; Certified Question Of Law And Fact: "a command issuing in the king's name from the court of king's bench, and directed to any person, corporation, or inferior court of judicature within the king's dominions, requiring them to do some particular thing therein specified, which appertains to their office and duty, and which the court of king's bench has previously determined, or at least supposes, to be consonant to right and justice.";

★ Certiorari; Certified Question Of Law And Fact: "this writ ought to be used upon all occasions where the law has established no specific remedy, and where in justice and good government there ought to be one.";

★ Certiorari; Certified Question Of Law And Fact: "to do a particular thing therein specified, which appertains to his office and duty and which the court has previously determined, or at least supposes, to be consonant to right and justice.";

★ Certiorari; Certified Question Of Law And Fact: "The secretary of state, being a person holding an office under the authority of the United States, is precisely within the letter of the description; and if this court is not authorized to issue a writ of mandamus to such an officer, it must be because


Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr 4029829 / CLJSZ

the law is unconstitutional, and therefore absolutely incapable of conferring the authority, and assigning the duties which its words purport to confer and assign.;

★ Certiorari; Certified Question Of Law And Fact: "no tax or duty shall be laid on articles exported from any state.";

★ Certiorari; Certified Question Of Law And Fact: "no bill of attainder or *ex post facto* law shall be passed.";

★ Certiorari; Certified Question Of Law And Fact: "No person," says the constitution, "shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.";

★ Certiorari; Certified Question Of Law And Fact: "I do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich; and that I will faithfully and impartially discharge all the duties incumbent on me as according to the best of my abilities and understanding, agreeably to *the constitution,* and laws of the United States.;

★ Request For Production Or Certiorari; Certified Question Of Law And Fact: Compelling The Commission To Explain The Legal Authority Upon Which The Rules Are Based, On Pain Of Vacatur If It Fails To Do So Within A Fixed Time Or Forbearance;

**Compel Affirmative Admission Of Facts & Admission In The Answer**

Qualifying a Statement: Any party, by notice in writing, given not later than ten days before the trial, may call on any other party to admit, for the purposes of the cause, matter or issue only, any specific fact or facts mentioned in such notice. In case of refusal or neglect to admit the same within six days after service of such notice, or within such further time as may be allowed by the court or a judge, the expenses incurred in proving such fact or facts must be ascertained at the trial and paid by the party so neglecting or refusing, whatever the result of the cause, matter or issue may be, unless at the trial or hearing the court or a judge certify that the


Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr. 4029829 / CLJSZ

refusal to admit was reasonable, or unless the court or a judge, at any time, shall order or direct otherwise;

**Compel Affirmative Assignments Of Error Or Discussion Of Issues; Affirmative Claim Or Suit; Affirmative Action; Affirmative Allegations; Affirmative Defenses; Preliminary; Catch-UP Or All Sums Approach; Substantive; Procedural; Condition; Nonjurisdictional; Equitable; Exemptive; Emergency; Regulatory; Qualified Disaster Tax Or East Palestine Train Derailment; "Principal Purpose" Relief:**

1. Original; Class Action; Suit; Or Tort;
2. Affidavit Of Personal Bias Or Other Disqualification Of A Presiding Or Participating Employee Or Judge;
3. Retired Veteran;
4. Developmental Disabilities Or Hardship;
5. Innocent Plea;
6. Habeas Corpus;
7. Certiorari;
8. Mandamus;
9. Forbearance;
10. Welfare Rent;
11. Ex Gratia Payment;
12. HAP Contract (HUD-52530A);
13. Stay Pending Review Of An Agency Order;
14. Erroneous View;
15. Exempt Function Income;
16. Plenary; Plain; Clear Error;
17. Expedited Stay Of Mandate;
18. Pretrial Release Or Detention Order;
19. 990-N Filling;
20. N-400 Filling;
21. Remand A Case Or Record;
22. Dismiss For Failure To State A Claim Upon Relief;
23. Compilation Of Relief;
24. Credit Recapture;

25.Collection Of The Requested State's Own Taxes;
26.Accountant–Client Privilege;
27.Clear And Present Danger Test;
28.Extrinsic Fraud Or Illegal Procurement;
29.Seamen;
30.Fair Use;
31.Unenforceable Retail Installment Contracts;
32.Application for Recognition of Exemption Under Section 501(a);
33.Rehabilitation Or Liquidation credit;
34.Stay Pending Appeal;
35.Unclean Hands;
36.Clean Hands;
37.DD-214, U.S. Space Force O-10 rank;
38.OMB No.0960-0555;
39.OMB No. 2900-0747;
40.OMB No. 1545-0123;
41.OMB No. 1545-0074;
42.OMB No. 1545-0123;
43.OMB No. 1545-0047;
44.OMB No. 1545-0096;
45.OMB No. 1545-2070;
46.OMB No. 1545-0121;
47.OMB No. 1545-0074;
48.OMB No. 2577-0169;
49.OMB No. 1615-0052;
50.Passing-On Defense;
51.Continuing-Violations;
52.Civil Surgeon;
53.Nonofficer Employees Or Lesser Functionaries;
54.Inferior Officers Or Principal Officers;
55.Patent Infringement;
56.Trademark Infringement;
57.Copyright Infringement;
58.Trade Secret Infringement;

59. Nonofficer Employees;
60. Style Piracy;
61. Erroneous Error;
62. Certificate Of Violation Cease Within 10 Days;
63. Notice To The State Of Ohio Department Vacate Or Surrender Possession;
64. Administrative Action;
65. Litigation Or Administrative Expenses;
66. Administrative Review Or Review Bond;
67. Forma Pauperis;
68. Indigency;
69. Fraud On The Court;
70. Continuing-Violations;
71. Reasonable Administrative Cost;
72. Qualified For A Litigation Award;
73. Legality Administrative Law Or Facts Of Jeopardy Assessment Levy;
74. Verification;
75. Fiduciary; Secretary Or His Delegate Capacity Has Terminated;
76. Consolidate;
77. Accord And Satisfaction;
78. Arbitration And Award;
79. Assumption Of Risk;
80. Contributory Negligence;
81. Duress;
82. Equitable Estoppel;
83. Failure Of Consideration;
84. Fraud;
85. Illegality;
86. Injury by fellow servant;
87. Laches;
88. Expenditures;
89. License;
90. Payment;
91. Release;
92. Res Judicata;
93. Statute Of Frauds;

94. Statute Of Limitations;
95. Reversal;
96. Requests For Determinations;
97. Safeguard;
98. De Facto Officers;
99. Willful Non-Compliance;
100. Negligent Non-Compliance;
101. DC Solar Attorney Indicted In The DC Solar Billion-Dollar Ponzi Scheme;
102. Appeals Team Managers;
103. Redetermination Of A Deficiency Tax;
104. Refundable Tax Credit Overpayment Or Interest;
105. Failure To Pay Stamp Tax;
106. Part-And-Parcel;
107. Excise Tax; Malfeasance; Misconduct;
108. Quasi-Tax; Probable Cause;
109. Bond To Stay Assessment And Collection;
110. Quasi-Evidentiary Facts;
111. Intergovernmental
112. Tax Immunity;
113. Amplified Articulation Of A Prior Conclusory Observation;
114. Governmental Units;
115. Clear Erroneous;
116. Contrary To Law;
117. Gift Tax;
118. Stay Of Collection; Consideration;
119. Unlawful Restraints & Monopolies;
120. Quasi-Criminal;
121. Quasi-Sovereign;
122. Department of Defense Appropriation Act, 1970;
123. Telecommunications Act Of 1996;
124. Risk Retention Act Of 1986;
125. The Valentine Act;
126. Tax Reform Act Of 1969;
127. Consolidated Appropriations Act, 2018;

128. Derived Corporation;
129. Conspiracy;
130. Materillity;
131. Wire Fraud;
132. Security Fraud;
133. Breach Of Confidentiality;
134. Breach Of Contract;
135. Breach Of Fiduciary Duty;
136. Oppression Of A Minority Stockholder;
137. Tortious Interference With Economic Relations;
138. Unfair Competition,
139. Misappropriation Of Trade Secrets;
140. Constructive Trust;
141. Unjust Enrichment;
142. Fraud;
143. Unlawful Conduct;
144. Equitable Contribution;
145. All Sums;
146. (FAA);
147. (NDBEDP);
148. (ALJs);
149. (APA);
150. (CAP);
151. (CLF);
152. (CFC);
153. (CPII);
154. (CPEO);
155. (DMCA);
156. (ESBT);
157. (FACA);
158. (FBAR);
159. (FEC);
160. (FICA);
161. (FHFA);
162. (FPAA);
163. (FUTA);
164. (GILTI);

165. (ITC);
166. (IRM);
167. (JAG);
168. (LB&I) Division;
169. (MCAR);
170. (MeF);
171. (MRT);
172. (NPS);
173. (OCA);
174. (OFAC);
175. (OVDI);
176. (PCA)
177. (PEOs);
178. (PIAs);
179. (POCA);
180. (QSST);
181. (QSub);
182. (RICO);
183. (ROTC);
184. (RRA);
185. (SEC 1934);
186. (Stafford Act);
187. (STJs);
188. (TILA);
189. (TCJA);
190. (TEFRA 1982);
191. (TMP);
192. (WBO);
193. (EITC);
194. USPS Form 3877 Stamp;
195. Innocent Spouse Relief;
196. De Facto Officers;
197. Sine Qua Non Of Officer Status;
198. Malfeasance;

199. Malicious Prosecution;
200. De Facto Independent;
201. Conspiracy Or Coercive;
202. Restrain Collection;
203. Tax Assessment;
204. Claims Invalid;
205. Abandonment Residual Refund Capital Loss Claim;
206. Permissive, Intervenor Claim;
207. Reinstatement Claims;
208. Rebate Refund Claim;
209. U.S. Constitutional Claim;
210. State Constitutional Claim;
211. Medical Affirmative Claims;
212. Property Damage Claims;
213. Claims In Bankruptcy;
214. Bankruptcy & Receivership Claim
215. Nuisance Claim;
216. Civil Suit Claim;
217. Violation Of Civil Rights Claim;
218. Arbitrary;
219. Capricious;
220. Abuse Of Discretion;
221. Injury In Fact Claim;
222. Anchor Claim;
223. Particular Claim;
224. Private Nuisance Claims;
225. Sexual Trauma,
226. Intimate Partner Violence, Or Spousal Abuse Claim;

**Compel Affirmative Statement Of Facts Or Cases; Procedural History; Certificate As To Parties; Rulings; And Related Taxpayer Cases:**

Related Agency Proceedings: 03-123, 10-255 & 11-153; FCC-24-95; DA-26-458, DA 26-463, DA-26-339, DA-26-317, DA 26-134; DA-26-228, DA 25-943, DA-26-516, DA 20-361; 8 FCC Rcd 410 (1993); (CC Docket

86-10; FCC 93-53), (CC Docket No. 90-623), (MM Docket 87-268, 1992), (CC Docket No. 87-266), (CC Docket No.91-141), (ET Docket 93-62), (Civil Action No. 82-0192), (D.D.C. 1982); (Civil Action No. 83-1298), (Civil Action No. 94-01555), Civ. No. 2019-0034, CIVIL ACTION No. 21-4725, Case No.: 2:21-cv-1580-AMM, Case No. 2:91-cv-0882-DC-JDP, No. 09–5052, No. 08-5221, No.23-cv-2015 (ECT/JFD); Judicial Officer: Circuit Executive Spencer Hallett;

**Compel Affirmative Argument;**
**Statement Of Issues; Jurisdictional or Legislative Historical Authorities; Citations:**

***Fed. R. Evid: 201(b):*** ***(Judicial Notice)***

***S. 652 / H.R. 1555:*** ***(Legislative History);***

***29 U.S.C. §1001:*** ***Congressional Findings And Declaration Of Policy Et Seq;***

***28 U.S.C. §2342(1):*** ***(Agency Orders If, FCC Involved);***

***28 U.S.C. § 1361 Or FRAP 21 Et:*** ***( Mandamus);***

***28 U.S.C. § 1331 Et Seq:*** ***(Federal Question);***

***28 U.S.C. § 1330(a):***

***28 U.S.C. § 2342(1):*** ***(Jurisdiction);***

***28 U.S.C. § 332 Et Seq:*** ***(Jurisdiction);***

***5 U.S.C. § 706(1):*** ***(Jurisdiction);***

***28 U.S.C. § 1651 Et Seq:*** ***(Appellate Courts);***

***28 U.S.C. §158(d):*** ***(Bankruptcy appellate jurisdiction, if applicable);***

***42 U.S.C. §§ 1381 Et Seq:*** ***(Social Security Act);***

***42 U.S.C. §§ 12101 Et Seq:*** ***(ADA);***

***26 U.S.C. § 529A:*** ***(ABLE Accounts);***

***42 U.S.C. §§ 15001 Et Seq Or Pub. L. 106-402:***
***Developmental Disabilities Assistance and Bill of Rights Act of 2000;***

***20 U.S.C. §§ 1400 Et Seq:*** ***(Education Law (IDEA);***

***29 U.S.C. §§ 701 Et Seq:*** ***(Rehabilitation Act);***

***47 U.S.C. § 402(a),(b)(c),(g):*** ***(D.C. Circuit Review);***

***28 U.S.C. § 1254 Et Seq:*** ***(Supreme Court Review);***

***FRBP 8020 Et Seq:*** ***(Summary Reversal Or Sanctions);***

***47 U.S.C. § 201(a),(b);***

***47 U.S.C. § 251(b)(5);***

***47 U.S.C. § 251(g);***

***47 U.S.C. § 160(a),(c);***

***5 U.S.C.A. § 706(1);***

***8 U.S.C. § 1503(a);***

***28 U.S.C.A. §1651(a);***

***15 U.S.C. § 1 Et Seq:***

***15 U.S.C. 3901 Et Seq:***

***15 U.S.C. §12(a) (Clayton Act Definition Of Antitrust Laws);***

***15 U.S.C. §13 et seq. (Robinson-Patman Act, June 19, 1936, 49 Stat. 1526);***

***15 U.S.C. §45 (Federal Trade Commission Act §5, Unfair Methods Of Competition);***

***18 U.S.C. § 1031:*** ***(Major Fraud Against the United States);***

***18 U.S.C. § 1001:*** ***(False Statements);***

***18 U.S.C. § 287:*** ***(False Claims);***

***18 U.S.C. § 371:*** ***(Conspiracy);***

***18 U.S.C. §§ 1341, 1343:*** ***(Mail and Wire Fraud);***

***41 U.S.C. §§ 8701-8707:*** ***(Anti-Kickback Act);***

***31 U.S.C. §§ 3729-3733:*** ***(False Claims Act);***

***(FSIA §§ 1605–1607) Et Seq:***

***O.R.C. § 3903.10: (A)-(F) Et Seq:***

***O.R.C. 2505.02 Et Seq:***

***O.R.C. 147.03 Et Seq:*** Each notary public, except an attorney admitted to the practice of law in this state by the Ohio supreme court, shall hold office for the term of five years unless the commission is revoked. An attorney admitted to the practice of law in this state by the Ohio supreme court shall hold office as a notary public as long as the attorney is a resident of this state or has the attorney's principal place of business or primary practice in this state, the attorney is in good standing before the Ohio supreme court, and the commission is not revoked.

***O.R.C. 1707.43:(A)-(C) Et Seq;***

***O.R.C. 1317.02 Et Seq;***

***O.R.C. 5301.255 (A)-(D) Et Seq;***

***O.R.C. 2921.32 Et Seq:*** ***(Obstructing Justice);***

***O.R.C. 2923.35 (A)-(E) Et Seq;***

***O.R.C. 2923.34:(A)-(N) Et Seq;***

***O.R.C. 2933.41 (A)(1)-(C)(2) & (E)(2)-(J) Et Seq;***

***O.R.C. 2941.1417 (A)-(C) Et Seq;***

***O.R.C.2923.31 (D) Et Seq;***

***O.R.C.2981.04: (E)(1)-(F)(2) Et Seq;***

***OH. CRIM.R. 26;***

***O.R.C. 147.03 Et Seq;***
***D.C. Cir. Rule 28(a)(4);***



Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr. 4029829 / CLJSZ

***D.C. Cir. Rule 28(a)(5):***

***D.C. Cir. Rule 28(a)(7):***

***D.C. Cir. Rule 34(j):***

***Fed. R. Civ. P. R. 16; 54(b);***

***Fed. R. App. P. 28(a)(4);***

***2023 WL 12090752:***

***2022 WL 789019:***

***2025 WL 1583387:***

***2026 WL 1597050 :***

***2020 WL 1891166 (V.I.):***

***707 F.Supp.3d 846:*** Synopsis Background: State nonprofit pro-business advocacy organization brought action seeking declaratory and injunction relief and alleging newly-enacted statutory prohibition on foreign-influenced business organizations from making contributions or expenditures related to state and local elections violated First Amendment and was preempted by Federal Election Campaign Act. Advocacy organization moved for preliminary injunction.

Holdings: The District Court, Eric C. Tostrud, J., held that:
[1] advocacy organization plausibly alleged organizational standing under Article III;
[2] district court would apply strict scrutiny, rather than exacting scrutiny, to prohibition on election-related expenditures by foreign-influenced business organizations;
[3] state had compelling interest to prevent foreign nationals from participating in national political process by preventing

foreign nationals from controlling or exercising influence over a domestic business's election-related expenditures;
[4] advocacy organization was likely to succeed on merits of First Amendment challenge;
[5] advocacy organization was likely to suffer irreparable harm if not granted preliminary injunction; and
[6] factors of balance of harms and public interest weighed in favor of issuing preliminary injunction where advocacy organization was likely to succeed on merits of First Amendment challenge.

Motion granted;

***586 F.3d 995:*** Synopsis Background: After the affirmance of his conviction by a jury of first-degree murder and the denial of his motion for post-conviction relief, and the denial of his motion to recall the mandate affirming his conviction, defendant filed petition for writ of habeas corpus in federal court. Following transfer from the United States District Court for the Middle District of Pennsylvania, 2008 WL 2310834, the United States District Court for the District of Columbia dismissed the petition for lack of jurisdiction, 559 F.Supp.2d 56, and later declined to issue a certificate of appealability (COA). Defendant then filed a request for a COA with the Court of Appeals.

[Holding:] The Court of Appeals, Tatel, Circuit Judge, held that District of Columbia Code did not divest federal court of jurisdiction to hear defendant's habeas petition.

Reversed and remanded;

***661 F.3d 1141:*** Synopsis Background: District of Columbia prisoner petitioned for writ of habeas corpus. The United States District Court for the District of Columbia, Richard W. Roberts, J., 2008 WL 5169121, dismissed petition. Prisoner requested certificate of appealability.


Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr. 4029829 / CLJSZ

Holdings: The Court of Appeals, Williams, Senior Circuit Judge, held that:
[1] "stand-alone" claims of actual innocence based on newly discovered evidence were cognizable under collateral review procedure and
[2] "gateway" innocence claims to invoke actual innocence exception were cognizable under collateral review procedure.

Request denied;

***124 S.Ct. 2576:*** Synopsis Background: Public interest organization and environmental group sued National Energy Policy Development Group (NEPDG) and individual members thereof, including Vice President, cabinet members, and other federal officials, and private individuals whom they alleged were members, alleging that NEPDG was subject to procedural and disclosure requirements of the Federal Advisory Committee Act (FACA) and failed to comply with such requirements. Defendants moved to dismiss. The United States District Court for the District of Columbia, 219 F.Supp.2d 20, Sullivan, J., granted motions in part and denied them in part, and subsequently entered orders permitting discovery against Vice President and other senior officials in the Executive Branch. Vice president filed interlocutory appeal, and defendants petitioned for writ of mandamus vacating discovery orders. The Court of Appeals for the District of Columbia Circuit, 334 F.3d 1096, dismissed petition and granted motion to dismiss appeal. Certiorari was granted.

[Holding:] The Supreme Court, Justice Kennedy, held that Vice president and other members of NEPDG were not required to assert executive privilege before separation of powers arguments raised in petition could be considered.

Vacated and remanded;

***146 F.3d 948:*** Synopsis Coalition of citizens' groups filed action challenging


Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr. 4029829 / CLJSZ

Environmental Protection Agency's (EPA) promulgation of military munitions rule under Resource Conservation and Recovery Act (RCRA). The Court of Appeals, Ginsburg, Circuit Judge, held that: (1) association of chemical manufacturers had standing to intervene; (2) RCRA did not unambiguously require all military munitions to be subject to stringent hazardous waste regulation so as to preclude EPA's contrary interpretation in its military munitions rule; (3) portion of military munitions rule deeming spent or fired military munitions as result of their intended use as not falling within regulatory definition of solid waste subject to stringent hazardous waste regulations under RCRA was not arbitrary or capricious; and (4) military munitions rule did not violate RCRA, and was not arbitrary or capricious, by granting conditional exemption from stringent hazardous waste regulation for nonchemical military munitions in transport or storage in accordance with applicable Department of Defense (DOD) and Department of Transportation regulations.
Petition for review denied;

***50 M.J. 217:*** Synopsis Accused was convicted by special court-martial, M.R. Osborn, J., of attempted larceny (2 specifications), conspiracy to commit larceny (2 specifications), larceny (6 specifications), failure to obey a lawful order, wrongful disposition of military property, false swearing, and receiving stolen property. The Navy–Marine Corps Court of Criminal Appeals set aside one attempted larceny finding, one conspiracy finding, and two larceny findings, otherwise affirming the findings and sentence. Review was granted. The United States Court of Appeals for the Armed Forces, Crawford, J., held that accused did not have a colorable speedy trial claim.
Affirmed;

***63 M.J. 106:*** Synopsis Background: Accused was convicted by general court-martial, James L. Flanary, J., of one specification of indecent acts and one specification of wrongful possession of visual depictions of nude minors. The UnitedStates Air Force Court of Criminal Appeals affirmed. Review was granted.

Holdings: The UnitedStates Court of Appeals for the Armed Forces, Baker, J., held that:
[1] Family Advocacy treatment manager who initially questioned accused concerning incident involving his eight-year-old stepdaughter was acting in furtherance of law enforcement investigation for purposes of Article 31 warning requirement;
[2] accused was entitled to an Article 31 rights advisement prior to interview by Family Advocacy treatment manager;
[3] accused's subsequent statements to agent of the Air Force Office of Special Investigations (AFOSI) after he gave unwarned statement to Family Advocacy treatment manager were voluntary and admissible;
[4] military judge's error in admitting unwarned statement accused gave to Family Advocacy treatment manager was harmless beyond a reasonable doubt; and
[5] evidence was legally sufficient to sustain accused's conviction for possession of child pornography under the general article as service-discrediting and prejudicial to good order and discipline. Affirmed;

***99 S.Ct. 2577:*** *Syllabus:* The telephone company, at police request, installed at its central offices a pen register to record the numbers dialed from the telephone at petitioner's home. Prior to his robbery trial, petitioner moved to suppress "all fruits derived from" the pen register. The Maryland trial court denied this motion, holding that the warrantless installation of the pen register did not violate the

Fourth Amendment. Petitioner was convicted, and the Maryland Court of Appeals affirmed.

*Held:* The installation and use of the pen register was not a "search" within the meaning of the Fourth Amendment, and hence no warrant was required. Pp. 442 U. S. 739-746;

***80 S.Ct. 1437***; Synopsis: Defendants were convicted of intercepting and recording wire communications and divulging such communciations in violation of Communications Act and of conspiracy to violate Communications Act. The United States District Court for the District of Oregon rendered judgment, and defendants appealed. The United States Court of Appeals for the Ninth Circuit, 266 F.2d 588, affirmed, and certiorari was granted. The Supreme Court, Mr. Justice Stewart, held that evidence obtained by state officers during a search which, if conducted by federal officers, would have violated defendant's immunity from unreasonable searches and seizures under the Fourth Amendment is inadmissible over the defendant's timely objection in a federal criminal trial.

Vacated and remanded.

Mr. Justice Frankfurter, Mr. Justice Clark, Mr. Justice Harlan and Mr. Justice Whittaker, dissented.

For dissenting opinion see 80 S.Ct. 1453;

***108 S.Ct. 1975;*** Synopsis: People appealed from order of magistrate dismissing charge on ground that defendant had been unlawfully seized during police pursuit. The State Trial Court upheld the dismissal and the Michigan Court of Appeals affirmed, 157 Mich.App. 181, 403 N.W.2d 74. The United States Supreme Court granted certiorari. The Supreme Court, Justice Blackmun, held that no seizure of defendant occurred when police officers in automobile observed defendant, upon seeing the automobile, start to run, and officers accelerated to catch up to defendant

and then drove alongside him before he discarded a pack of pills, which the officers then seized.

Reversed and remanded,

***105 S.Ct. 2380;*** Synopsis: Massachusetts Attorney General brought action against insurer to enforce Massachusetts statute setting forth mandatory minimum health care benefits for inclusion in general insurance policies. The Superior Court, Suffolk County, Brady, J., granted relief, and request for direct appellate review was granted. The Supreme Judicial Court, 385 Mass. 598, 433 N.E.2d 1223, affirmed. Insurer appealed. The United States Supreme Court, 103 S.Ct. 3563, vacated judgment and remanded for further consideration in light of recent decision. On remand, the Supreme Judicial Court, Hennessey, C.J., 391 Mass. 730, 463 N.E.2d 548, affirmed judgment, and insurers appealed. The Supreme Court, Justice Blackmun held that Massachusetts statute is not preempted by either the Employee Retirement Income Security Act or the National Labor Relations Act.

Affirmed;

***97 S.Ct. 2061;*** Synopsis Antitrust treble-damages action was brought by State of Illinois and local government entities alleging that concrete block manufacturers had engaged in price-fixing conspiracy. The United States District Court for the Northern District of Illinois, Eastern Division, 67 F.R.D. 461, granted defendants' motion for partial summary judgment, and plaintiffs appealed. The Court of Appeals, 536 F.2d 1163, reversed, and certiorari was granted. The Supreme Court, Mr. Justice White, held that (1) whatever rule is to be adopted regarding pass-on theories in antitrust actions, it must apply equally to plaintiffs and defendants and (2) only overcharged direct purchaser, and not others in chain of manufacture or distribution, is party "injured in his business or property" within meaning of the Clayton Act. Judgment of Court of Appeals reversed and remanded. Mr. Justice Brennan filed dissenting opinion in which Mr. Justice Marshall and Mr. Justice Blackmun joined. Mr. Justice Blackmun filed dissenting opinion;

***92 S.Ct. 383:*** Synopsis Proceeding upon employer's petition to review, and cross application to enforce, an order of the National Labor Relations Board. The United States Court of Appeals for the Sixth Circuit, 427 F.2d 936, granted the employer's petition and denied the Board's cross application to enforce. On certiorari, the Supreme Court, Mr. Justice Brennan, held that the term 'employee' within the National Labor Relations Act is to be taken in its ordinary meaning, i.e., someone who works for another for hire, and the term excludes retirees, and that retirees were not employees 'working' or 'who work' on hourly rates of pay, within the Board's determination of the bargaining unit, and were not and could not be 'employees' included in such bargaining unit. The Court also held that 'modification' of a collective bargaining contract, even if unilateral and mid-term, is a prohibited unfair labor practice only when it changes a term which is a mandatory rather than permissive subject of bargaining. Affirmed;

***819 F.2d 294:*** Synopsis Taxpayers' association filed complaint seeking to enjoin Urban Mass Transportation Administrator from disbursing federal funds to Southern California Rapid Transit District for construction of metro rail system in city. The United States District Court for the District of Columbia, Joyce Hens Green, J., granted summary judgment to Administration. Administrator and District, as intervenor, moved for summary affirmance. The Court of Appeals held that proposed four-mile rail system providing service to central business district of city and close-in residential areas was independent project and had not been improperly segmented, for purpose of requirement of environmental impact statement. Affirmed;

***179 Ohio App.3d 385:*** Synopsis Background: Liability insurer filed declaratory judgment action against insured's other insurers, seeking equitable contribution for settlement and defense costs in connection with underlying asbestos-exposure tort claim against insured. Following bench
trial on stipulated facts, the Court of Common Pleas, No. CV-546323, Cuyahoga County, entered judgment for defendant
insurers. Plaintiff insurer appealed

[Holding:] The Court of Appeals, Christine T. McMonagle, J., held that policy breaches by insured in failing to give timely
notice of underlying tort claim to other insurers did not preclude plaintiff insurer's equitable contribution claim.
Reversed and remanded;

***455 F.3d 296:*** Synopsis Background: Prisoner petitioned for writ of mandamus to undo order of United States District Court for the District of Columbia transferring prisoner's habeas corpus petition to another district;

***5 U.S. (1 Cranch) 137:***

***976 F.2d 1425:*** Synopsis A defendant charged with bribing a government official and other offenses filed a petition for writ of mandamus to require the District Court for the Southern District of Florida to return the file in his case to the District Court for the District of Columbia. The Court of Appeals held that mandamus requiring Florida district court to return file in defendant's case to District of Columbia was justified where District of Columbia district court had exceeded its judicial power when it retransferred case to Florida at the government's suggestion, on the basis that the Florida court's transfer order was ill-considered, and there was no motion by defendant seeking transfer under Federal Rule of Criminal Procedure 21(b). Writ granted;

***531 F.3d 849:*** Synopsis Background: Competitive local exchange carrier (CLEC) filed renewed mandamus petition against Federal Communications Commission (FCC), seeking explanation of legal basis for rules excluding Internet service provider (ISP) bound calls from reciprocal compensation requirement of Telecommunications Act;

***509 F.3d 593:*** Synopsis Background: Manufacturer of adjustable airport runway light bases filed petition for review of Federal Aviation Administration (FAA) advisory circular imposing freestanding torque test on adjustable products but not fixed products;

***101 U.S. 99:*** Syllabus 1. A claim to the exclusive property in a peculiar system of bookkeeping cannot, under the law of copyright, be maintained by the author of a treatise in which that system is exhibited and explained. 2. The difference between a copyright and letters patent stated and illustrated;

***365 U.S. 265***; *Syllabus:* Petitioner was naturalized in 1925, and proceedings were instituted in 1952 to revoke his citizenship because of fraudulent procurement. That proceeding was dismissed because the Government had failed to file an affidavit of good cause, and the District Court declined to specify that the dismissal was "without prejudice." A new proceeding to revoke his citizenship was instituted in 1958 under § 340(a) of the Immigration and Nationality Act of 1952, on the ground that his naturalization was procured by concealment of a material fact and by willful misrepresentation. In applying for naturalization, petitioner had sworn that his occupation was Real Estate. After considering the evidence, the District Court found that this was Willful Misrepresentation And Fraud, and that his true occupation was bootlegging, and it revoked his citizenship;

***63 Ohio St.2d 201:*** Synopsis Shopping center tenant sued landlord and another tenant asserting the invalidity of an agreement between the landlord and the other tenant whereby the other tenant had the exclusive right to sell wine and hard liquor in the shopping center. The Court of Common Pleas rendered judgment for the landlord and the other tenant. The Court of Appeals for Cuyahoga County affirmed and tenant appealed. The Supreme Court, Celebrezze, C. J., held that: (1) the lease provision did not constitute an illegal restraint of trade, nor was it void as contrary to public policy, and (2) the General Assembly did not intend to preclude private lease restrictions regarding the sale of alcohol when it enacted the statutes regulating the sale of alcohol by requiring permits to make such sales. Affirmed;

**88 S.Ct. 2224:** Synopsis: Shoe manufacturer sued lessor of shoe manufacturing machinery for treble damages under the Clayton Act because of refusal of lessor to sell machinery. The United States District Court for the Middle District of Pennsylvania, 245 F.Supp. 258, awarded treble damages. The Court of Appeals for the Third Circuit, 377 F.2d 776, affirmed the finding of liability but disagreed with the District Court on certain questions relating to the damage award. Both the shoe


Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr. 4029829 / CLJSZ

manufacturer and the lessor brought certiorari. The United States Supreme Court, Mr. Justice White, held that the courts below properly rejected assertion of the 'passing on' defense of the lessor that the shoe manufacturer suffered no legally cognizable injury because it increased price charged its customers for shoes, and that where prior decision of United States Supreme Court was not such an abrupt and fundamental shift in doctrine as to constitute an entirely new rule which in effect replaced older rule with respect to monopolization in violation of antitrust laws, and whatever development in antitrust law was brought about by decision was based to great extent on existing authorities and was extension of doctrines which had been growing and developing over the years, decision would not be given effect in determining period for which manufacturer was entitled to recover from lessor. Judgment of Court of Appeals affirmed in part and reversed in part and cases remanded for further proceedings. Mr. Justice Stewart dissented;

***Patton v. Wilson, Not Reported in N.E.2d (2003);*** Synopsis Background: Judgment creditor of corporation brought action against shareholders and corporation's attorney seeking damages pursuant to RICO statutes.

Holdings: The Court of Common Pleas, Cuyahoga County, No. CV-432458, granted defendants' motions for summary judgment. Creditor appealed, and attorney cross-appealed.

The Court of Appeals, Anthony O. Calabrese, Jr., J., held that:

[1] creditor failed to establish that shareholders had committed two or more criminal offenses, as required to establish shareholders' liability under RICO statutes;

[2] creditor failed to establish that shareholders participated in the affairs of an enterprise, as required to establish shareholders' liability under RICO statutes; and

[3] trial court did not abuse its discretion by denying attorney's motion for attorney fees. Affirmed.

Schurger engaged in a pattern [of] corrupt activity. This activity among other things violated Ohio Rev.Code Sections 2905.11 (extortion); 2905.12 (coercion); 2921.11 (perjury); and 2913.02 (theft). In addition, defendants violated 18 U.S.C. 1341 (mail fraud) and 18 U.S.C. 134 (wire fraud) by using the mails and the telephone to further their scheme to obtain money by false representations or promises;

***State v. Wilson, 102 Ohio App.3d 467 (1995):*** Synopsis Defendant was convicted in the Clark County Municipal Court for driving while his operator's license was suspended. Defendant appealed. The Court of Appeals, Grady, J., held that declaration of forfeiture of defendant's driver's license by clerk of court, rather than judge, was void;

***Roxborough v. Messick, 6 Ohio St. 448 (1856):*** Synopsis When the note of a third person is transferred, bona fide, before due, as collateral security, and for value, such as in consideration of a loan, or advancement, or a stipulation, express or implied, of further time to pay a pre-existing debt, or in consideration of a change of securities of a pre-existing debt, or the like, the holder of such collateral will be protected from infirmities affecting the instrument before it was thus transferred;

If the Tax Court were a "Department" within the Executive Branch, presumably the appointment of the chief judge as its "Head" would have to be made by the President with the advice and consent of the Senate. See U.S. CONST. art. II. § 2, cl. 2; ...By determining that the Tax Court constituted one of "the Courts of Law" for purposes of the Appointments Clause rather than a "Department" within the Executive Branch, the Supreme Court in Freytag created a legitimate constitutional objection to the President's authority to remove Judges of the Tax Court pursuant to § 7443(f). If the Tax Court is no longer an executive agency, then the President's removal power may well be viewed as unconstitutional on separation of-powers grounds. See Tuan Samahon, Blackmun (and Scalia) at the Bat: The Court's Separation of Powers Strike Out in Freytag, 12 NEV. L.J. 691, 693 (2012) (suggesting that, following Freytag, § 7443(f) is subject to constitutional challenge on separation of-powers grounds). 76 Id. at 892–901 (Scalia, J., concurring)...While it is worth noting that Justice Breyer graduated from Harvard Law School in 1964 (several years before Congress established the Tax Court as an


Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr 4029829 / CLJSZ

article I court through the Tax Reform Act of 1969), Justice Breyer's understanding that the Tax Court constitutes an executive agency appears intentional rather than anachronistic...Attorney General; Delegates Or Affiliates: Article II, Section 2, Clause 1 of the Constitution states that "[t]he President . . . may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices.;

***Compare the language of Wis. Stat. § 974.06(1) Et Seq:*** the right to be released upon the ground that the sentence was imposed in violation of the U.S. constitution or the constitution or laws of this state, that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law or is otherwise subject to collateral attack. with the federal habeas corpus statute;

***28 U.S.C. § 2255 Et Seq:*** the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack;

**Compel Affirmative Qualifying Certified Affirmation**

A Affirmative Qualifying Certified Affirmation That, To The Best Of The Qualified Independent Fiduciary's Knowledge And Belief, All Of The Representations Made In such Statement Are True And Correct And, To The Best Of My Knowledge And Belief, The Information Contains All The Relevant Facts Relating To The Request For The Information, And Such Facts Are True, Correct, And Complete; Or Under penalties of perjury, I Declare That I Have Examined The Statement Of Facts Presented In This Protest And In Any Accompanying Schedules And Statements And, To The Best Of My Knowledge And Belief, It Is True, Correct, And Complete;

**Compel Affirmative Conclusion**

Let The Record Reflect; My Conclusive Presumption: All Provisions Permissible Thereto; Wherefore All Relief Is Sought, Including The Issuance Of An Alternative Writ; (3),Three Or (7),Seven Day Response Or Silence Acquiescence Shall Be Permissible.

**Certificate Of Service Of Sealed Or Unsealed Documents**

I Certify The Foregoing Notice Was Sent By E-Filing & E-Service Or Court Initiated Filings, Public Display Or Public Performance Constitute Publication Or RePublication.

/s/ Melanated Monarchs V; D. P. V; (SGE); (#8717224); [P]®©™(L.S.); All Rights Reserved; Accommodation; Affirmative; Amicus; Ad Hoc; Term Of Office; Special Government Employee; Intervenor; Decl.; 1215 W 3rd St, Cleveland, OH 44113; MelanatedMonarchsIV@gmail.com; dwayne.pryor357@gmail.com; (202) 930-0106;

/s/The State Of Ohio; /s/Michael C. O'malley; (#0059592); /s/The Ohio Attorney General, Dave Yost, (#0056290) Ohio Atty. Generals Office 615 West Superior Ave., 11th Floor Cleveland, Oh 44113-0000; 1200 Ontario Street, 9th Floor Cleveland, Ohio 44113; /s/United States Court House 801 West Superior Ave., Suite 400 Cleveland, OH 44113.

**In The United States Court Of Appeals For The District Of Columbia Circuit.**

In Re Melanated Monarchs V Case No.

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G823+G2 Cleveland, Ohio

(202) 930-0106

ET AL

In Re D. P. V

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G823+G2 Cleveland, Ohio

(202) 930-0106

(NDL# 4621)

ET AL

In Re Chanee Rone V

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G823+G2 Cleveland, Ohio

Chaneerone@gmail.com

(DL#9286)

Plaintiff/Petitioner/Relator/Intervenor

Separated Affiliate

V.

In Rem CHN Housing Partners

*(3711 Chester Avenue, Suite 100 Cleveland, OH 44114)*

G84Q+3G Cleveland, Ohio

(216) 574-7100. Fax: 216-574-7130

ET AL

The UPS Store

*(7 St Clair Ave NE, Cleveland, OH 44114)*

G824+M3 Cleveland, Ohio

+12163039360

ET AL

In Rem Netflix, Inc.

*(100 Winchester Cir, Los Gatos, CA 95032 Or 121 Albright Way Los Gatos, CA 95032, USA)*

ET AL

In Rem Crunchyroll, LLC

*(5750 Wilshire Blvd #110, Los Angeles, CA 90036)*

3J6W+F3 Los Angeles, California

ET AL

In Rem Adobe

*(345 Park Ave, San Jose, CA 95110)*

ET AL

In Rem Cuyahoga Metropolitan Housing Authority

*(8120 Kinsman Rd, Cleveland, OH 44104)*

F9G9+5P Cleveland, Ohio

+12163485000

ET AL

In Rem State Of Ohio

*(180 Civic Center Dr, Columbus, OH 43215 USA Or XX5W+5Q Columbus, Ohio;

+12164437800 Or (877) 767-6446 Or +18777676446

ET AL



Electronically Filed 11/02/2026 16:27 / / CV 26 149784 / Confirmation Nbr 4029829 / CLJSZ

In Rem Attorney General Of The United States, 950 Pennsylvania Ave NW, Washington, DC 20530 Or VXVF+7X Washington, District of Columbia)*; U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 Or VXVG+G2 Washington, District of Columbia)*; Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, OH 44113 Or F8W2+HX Cleveland, Ohio)*; United States District Court, 801 W Superior Ave, Cleveland, OH 44113, F8W2+PW Cleveland, Ohio)*; Office Of The U.S. Attorney (Northern District Of Ohio), 801 West Superior Avenue, Suite 400, Cleveland, OH 44113-1852 Or F8W2+HX Cleveland, Ohio)*; US Attorney, 600 Superior Ave #700, Cleveland, OH 44114 Or G826+G5 Cleveland, Ohio)*;

*(U.S. Department of Justice: +12025142000)*; *(U.S. District Court:+12163577000)*; *(U.S. Attorney For N.D. OH: +12166223600)*; *(US Attorney:+12166223600)*; *(Attorney General Of The United States: +12023531555)*

ET AL

In Rem John Yousef, APRN-CNP

*(1215 W 3rd St, Cleveland, OH 44113 USA)*

G822+MX Cleveland, Ohio

+12164436188

ET AL

In Rem Cleveland Clinic Main Campus

*(9500 Euclid Ave. Cleveland, Ohio 44195)*

G93H+6P Cleveland, Ohio

216) 444-2200 Or +12164442200

ET AL

In Rem MetroHealth Main Campus Medical Center Emergency Room

*(2500 Metrohealth Dr, Cleveland, OH 44109)*

F862+JR Cleveland, Ohio

216) 7787800 Or +12167787800

ET AL

In Rem University Hospital

*(11100 Euclid Ave Cleveland, OH 44106)* Or *(7255 Old Oak Blvd, Middleburg Heights, OH 44130)*

9598+PV Middleburg Heights, Ohio

216-868-8776 Or +14408162777

ET AL

In Rem JPMorgan Chase & Co

*(270 Park Avenue, New York, New York, 10017)*

1 302 6587581

ET AL

In Rem Huntington Bank

Huntington Center, 41 South High Street, Columbus, OH 43287

XX6X+CJ Columbus, Ohio

(800) 480-2265 Or +16144615881

ET AL

In Rem KeyBank

127 Public Square, Cleveland, OH 44114

G824+CC Cleveland, Ohio

(800) 539-2968; +12166898481 Or (216-689-3000)

ET AL

In Rem Citizens

*(2000 E 9th St, Cleveland, OH 44115)*

G827+27 Cleveland, Ohio

+12167165480

ET AL

In Rem UNITED STATES OF AMERICA Or UNITED STATES

*(1600 Pennsylvania Avenue, N.W., Washington, D.C. 20500 Or V2H9+M7 Washington, District of Columbia)*

+12029151635; 1-844-872-4681; 1-202-224-3121; 1-202-456-1414; 1-202-456-1111;

ET AL

In Rem UNITED STATES DEPARTMENT OF STATE;

*(2201 C Street, NW Washington, DC 20520 Or VXV2+GF Washington, District of Columbia)*

202-647-4000

ET AL

In Rem Federal Communications Commission

*(Federal Communications Commission, Washington, DC 20554 USA Or WX3R+CV Washington, District of Columbia)*

(888) 225-5322